1  KAMALA D. HARRIS
   Attorney General of California
2  W. DEAN FREEMAN
   Supervising Deputy Attorney General
3  MARLA K. MARKMAN
   Deputy Attorney General
4  State Bar No. 77300
     300 South Spring Street, Suite 1702
5    Los Angeles, CA 90013
     Telephone: (213) 897-2491
6    Fax: (213) 897-5775
     E-mail: Marla.Markman@doj.ca.gov
7  *Attorneys for Franchise Tax Board of the St. of CA.*

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                      SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SACV12-930 DOC (MLGx) |
| Plaintiff, | FRANCHISE TAX BOARD OF THE STATE OF CALIFORNIA'S ANSWER TO COMPLAINT (1) TO REDUCE JOINT FEDERAL TAX ASSESSMENTS TO JUDGMENT; (2) FOR A DETERMINATION THAT REAL PROPERTY IS TITLED TO RICHARD D'SOUZA AS NOMINEE OR IN RESULTING TRUST FOR THE BENEFIT OF NAGESH SHETTY AND ANITA SHETTY; (3) TO SET ASIDE FRAUDULENT TRANSFER OF REAL PROPERTY FROM NAGESH SHETTY AND ANITA SHETTY TO RICHARD D'SOUZA; and (4) TO FORECLOSE FEDERAL TAX LIENS ON REAL PROPERTIES |
| vs. | |
| NAGESH SHETTY, as an individual and as trustee of the Shetty Family Trust; ANITA SHETTY, as an individual and as trustee of the Shetty Family Trust; RICHARD D'SOUZA, a.k.a. RICHARD DE SOUZA; MARIE SHETTY as successor to the estate of SUBBAYYA SHETTY; MAHABALA SHETTY; OCWEN FINANCIAL CORPORATION; DAVID M. DUDLEY; MESA VERDE DRIVE PLAZA, a California General Partnership; STATE OF CALIFORNIA, through its agency THE FRANCHISE TAX BOARD; ORANGE COUNTY TREASURER-TAX COLLECTOR; UNITED MERCHANTS ASSOCIATION, a California Corporation; MIDFIRST BANK; NCO PORTFOLIO MANAGEMENT; CITIMORTGAGE, INC.; and CAPITAL ONE, | |
| | Action Filed: June 11, 2012 |
| Defendants. | |

1

COMES NOW defendant, Franchise Tax Board of the State of California ("FTB"), and submits the following answer to the Complaint on file herein:

1. The FTB lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraphs 1 through 45 of the Complaint and on that basis denies the allegations in said paragraphs.

2. The FTB admits the allegation contained in paragraph 46 of the Complaint as to FTB's interest in the real property described. Except as expressly admitted the FTB lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the remaining allegations contained therein.

3. The FTB admits the allegation in paragraph 47 of the Complaint that Exhibit 36 of the Complaint is a true and correct letter sent to the IRS from FTB. Except as otherwise admitted, the FTB lacks knowledge or information sufficient to form a belief about the remaining allegations in paragraph 47 and on that basis denies the allegations contained therein.

4. The FTB lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 48 of the Complaint and on that basis denies the allegations contained therein.

5. With respect to paragraph 49 of the Complaint, the FTB incorporates by reference its responses contained in paragraphs 1 through 48 as if fully set forth herein.

6. The FTB lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraphs 50 through 106 of the Complaint and on that basis denies the allegations in said paragraphs.

7. With respect to paragraph 107 of the Complaint, the FTB incorporates by reference its responses contained in paragraphs 1 through 106 as if fully set forth herein.

8. The FTB lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 108 of the Complaint and on that basis denies the allegations contained therein.

9. With respect to paragraph 109 of the Complaint, the FTB incorporates by reference its responses contained in paragraphs 1 through 108 as if fully set forth herein.

10. The FTB lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraphs 110 through 113 of the Complaint and on that basis denies the allegations in said paragraphs.

11. With respect to paragraph 114 of the Complaint, the FTB incorporates by reference its responses contained in paragraphs 1 through 113 as if fully set forth herein.

12. The FTB lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraphs 115 and 116 of the Complaint and on that basis denies the allegations in said paragraphs.

13. With respect to paragraph 117 of the Complaint, the FTB incorporates by reference its responses contained in paragraphs 1 through 116 as if fully set forth herein.

14. The FTB lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraphs 118 through 124 of the Complaint and on that basis denies the allegations in said paragraphs.

STATEMENT OF CLAIM AND FIRST AFFIRMATIVE DEFENSE

15. Nagesh Shetty and Anita Shetty are indebted to the FTB under the provisions of the California Revenue and Taxation Code for the tax years 1994 and 1995 and tax years 1987, 1988, and 1989 in the total amount of $331,831.78, with additional interest accruing pursuant to the California Revenue and Taxation Code from September 4, 2012. Attached hereto as Exhibit A is a copy of FTB's Certificate of Tax Due and Delinquency evidencing the above amount, which is incorporated herein by reference.

16. A Notice of State Tax Lien, Certificate No. 01046-254421 was recorded by the FTB against Nagesh Shetty and Anita Shetty in the official records of the Orange County on February 21, 2001, and a lien extension, Certificate No. 110343-33030 was recorded on February 10, 2011 for the tax years 1994 and 1995.

17. A Notice of State Tax Lien, Certificate Number 03030-385240 was recorded by the FTB in the official records of Orange County for the tax years 1987, 1988 and 1989 on February 28, 2003.

WHEREFORE, the Franchise Tax Board of the State of California prays:

1. That the FTB receive payment of its claims against Nagesh Shetty and Anita Shetty from the sale of the property at issue up to the full amount of the liens, plus interest as provided in the California Revenue and Taxation Code; and

2. For such other and further relief as the Court deems just and proper.

Dated: September 14, 2012

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
W. DEAN FREEMAN
Supervising Deputy Attorney General

*/s/ Marla K. Markman*

MARLA K. MARKMAN
Deputy Attorney General
*Attorneys for Franchise Tax Board of the State of California*