1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   DANIEL LAYTON (SBN 240763)
4  Assistant United States Attorney
   Room 7211 Federal Building
5  300 North Los Angeles Street
   Los Angeles, CA 90012
6  T:(213) 894-6165 F:(213) 894-0115
   Daniel.Layton@usdoj.gov
7  Attorneys for the Plaintiff
   United States of America
8
              UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
                   SOUTHERN DIVISION
10
   United States of America,      ) Case No. SACV12-930-DOC (MLGx)
11                                 )
       Plaintiff,                  ) [Proposed]
12                                 )
       vs.                         ) ORDER EXTENDING TIME TO SERVE
13                                 ) SUMMONS AND COMPLAINT BY 30
   Nagesh Shetty, et al.,          ) DAYS
14                                 )
       Defendants.                 )
15 _____)

16     IT IS ORDERED, based upon plaintiff's application to extend
17 the time to serve defendants with the Summons and Complaint by
18 30 days, and for good cause appearing therefore, that the time
19 period for serving the Summons and Complaint under Fed. R. Civ.
20 P. 4(m) is hereby extended to November 8, 2012.
21     IT IS SO ORDERED.
22
23 Dated: _____
                                    _____
24                                  HON. DAVID O. CARTER
                                    United States District Judge
25
26 Presented by:
   ANDRÉ BIROTTE JR., U.S. Attorney
27 SANDRA R. BROWN, Asst. U.S. Attorney
   Chief, Tax Division
28 DANIEL LAYTON, Asst. U.S. Attorney
   Attorneys for United States of America

                                1

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On October 2, 2012, I served

Order Extending Time to Serve Defendants with Summons and Complaint by 30 Days

person and entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

SEE ATTACHED.

Date of mailing: October 2, 2012.

Place of mailing: Los Angeles, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing if true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: October 2, 2012, Los Angeles, California.

MARIA LUISA Q. BULLARD

USA V. SHETTY
SA CV 12-930 DOC(MLGx)


SERVICE LIST:


Nagesh Shetty
9332 Gateshead Dr.
Huntington Beach, CA 92646

Anita Shetty
9332 Gateshead Dr.
Huntington Beach, CA 92646