```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  SANDRA R. BROWN
    Assistant United States Attorney
 3  Chief, Tax Division
    DANIEL LAYTON (SBN 240763)
 4  Assistant United States Attorney
       Room 7211 Federal Building
 5     300 North Los Angeles Street
       Los Angeles, CA 90012
 6     Telephone: (213) 894-6165
       Facsimile: (213) 894-0115
 7     Email: Daniel.Layton@usdoj.gov
    Attorneys for United States of America
 8
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) Case No. SACV12-930 DOC (MLGx) |
|---|---|
| Plaintiff, | ) Application for Clerk's Entry |
| vs. | ) of Default Against Defendant |
|  | ) Diversified Acceptance |
|  | ) Corporation, dba M. Leonard and |
| NAGESH SHETTY, et al., | ) Associates, successor in |
|  | ) interest to United Merchants |
| Defendants. | ) Association |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

The United States of America requests that the clerk enter default against defendant DIVERSIFIED ACCEPTANCE CORPORATION, dba M. LEONARD AND ASSOCIATES, successor in interest to UNITED MERCHANTS ASSOCIATION, for its failure to answer the Complaint. In support of this request, the United States alleges the following:

1. Defendant Diversified Acceptance Corporation, dba M. Leonard and Associates, successor in interest to United Merchants Association, was made a party in this case by the

1

1 | Court's Order to Substitute Party and Correct Caption dated
2 | August 31, 2012, at ECF Document 12.
3 |     2. On September 7, 2012, Diversified Acceptance
4 | Corporation, dba M. Leonard and Associates, successor in
5 | interest to United Merchants Association, a domestic
6 | corporation, was served by personally delivering a copy of the
7 | Summons and Complaint to Ralph Walker, Collection Manager,
8 | authorized to accept service, as set forth in Fed. R. Civ. P.
9 | 4(h)(1)(B). A copy of the order to substitute parties, ECF Doc.
10 | 12, was also served with those pleadings. Proof of this service
11 | was filed with the Court on September 27, 2012, at ECF Document
12 | 21.
13 |     2. Under Federal Rule of Civil Procedure 12(a)(1)(A),
14 | defendant Capital One then had 21 days to answer or otherwise
15 | respond to the Complaint. This time period expired on September
16 | 28, 2012.
17 |     3. To date, defendant Diversified Acceptance Corporation,
18 | dba M. Leonard and Associates, successor in interest to United
19 | Merchants Association has failed to appear, answer or otherwise
20 | respond to the Complaint as prescribed by the Federal Rules of
21 | Civil Procedure.

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

DATE: 10/2/2012

DANIEL LAYTON, Asst. U.S. Attorney
Attorneys for the Plaintiff
United States of America