ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (SBN 240763)
Assistant United States Attorney
　　Room 7211 Federal Building
　　300 North Los Angeles Street
　　Los Angeles, CA 90012
　　Telephone: (213) 894-6165
　　Facsimile: (213) 894-0115
　　Email: Daniel.Layton@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. SACV12-930 DOC (MLGx) |
| Plaintiff, | ) |
| vs. | ) Application for Clerk's Entry |
| | ) of Default Against Defendant |
| | ) Mahabala Shetty |
| NAGESH SHETTY, et al., | ) |
| Defendants. | ) |
| | ) |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

　　The United States of America requests that the clerk enter
default against defendant MAHABALA SHETTY for his failure to
answer the Complaint.  In support of this request, the United
States alleges the following:

　　1. On September 6, 2012, Mahabala Shetty was served by
personally delivering a copy of the Summons and Complaint to
Mahabala Shetty, as set forth in Fed. R. Civ. P. 4(e)(2)(A).
Proof of this service was filed with the Court on September 25,
2012, at ECF Document 20.

1

1    2. Under Federal Rule of Civil Procedure 12(a)(1)(A),

2  defendant Mahabala Shetty then had 21 days to answer or

3  otherwise respond to the Complaint.  This time period expired on

4  September 27, 2012.

5    3.  To date, defendant Mahabala Shetty has failed to

6  appear, answer or otherwise respond to the Complaint as

7  prescribed by the Federal Rules of Civil Procedure.

8                              Respectfully submitted,

9                              ANDRÉ BIROTTE JR.
                               United States Attorney
10                             SANDRA R. BROWN
                               Assistant United States Attorney
11                             Chief, Tax Division

12
     DATE: 10/2/2012
13
                               DANIEL LAYTON
14                             Assistant United States Attorney
                               Attorneys for the United States of
15                             America

16

17

18

19

20

21

22

23

24

25

26

27

28

                                   2