1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA R. BROWN
3  Assistant United States Attorney
   Chief, Tax Division
4  DANIEL LAYTON (SBN 240763)
5  Assistant United States Attorney
6    Room 7211, Federal Building
     300 North Los Angeles Street
7    Los Angeles, CA  90012
8    Telephone: (213) 894-6165
9    Facsimile: (213) 894-0115

10 Attorneys for the United States of America

11

12              UNITED STATES DISTRICT COURT
13
14              CENTRAL DISTRICT OF CALIFORNIA
15                    SOUTHERN DIVISION
16

17 | UNITED STATES OF AMERICA,  ) Case No. SACV12-930-DOC (MLGx)
18 |       Plaintiff,            ) [Proposed]
19 |   vs.                       ) Order to Extend Time for Defendant to
                                 ) Respond to Initial Complaint
20 | NAGESH SHETTY, et al.,      )
21 |       Defendants.           ) Complaint Served: 08/16/2012
                                 ) New Resp. Due: 11/5/2012
22                               )
23                               )
24                               )

25

26      Based on the Stipulation for Order to Extend Time for Defendant to
27 Respond to Initial Complaint by an Additional 30 Days, and good cause appearing
28 thereon, **IT IS HEREBY ORDERED** that U.S. Bank, N.A. as Trustee for the

registered holders of Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-TC1 shall have until November 5, 2012, to file an answer, response, or otherwise appear in this case.

**IT IS SO ORDERED**

DATED: _____           _____
                                 HON. DAVID O. CARTER
                                 United States District Court Judge

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

DANIEL LAYTON
Assistant United States Attorney
Attorneys for United States of America