ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (SBN 240763)
Assistant United States Attorney
 Room 7211, Federal Building
 300 North Los Angeles Street
 Los Angeles, CA  90012
 Telephone: (213) 894-6165
 Facsimile: (213) 894-0115
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) Case No. SACV12-930-DOC (MLGx) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3) |
| NAGESH SHETTY, et al., | ) |
| Defendants. | ) Complaint Served: 08/28/2012<br>) Current Resp. Due: 09/18/2012<br>) New Resp. Due: 10/18/2012 |
|  | ) No Order Necessary |

Plaintiff United States of America and defendant CITIMORTGAGE, INC., stipulate as follows:

1. On June 11, 2012, plaintiff filed its COMPLAINT (1) TO REDUCE JOINT FEDERAL TAX ASSESSMENTS TO JUDGMENT; (2) FOR A DETERMINATION THAT REAL PROPERTY IS TITLED TO RICHARD D'SOUZA AS NOMINEE OR IN RESULTING TRUST FOR THE BENEFIT OF NAGESH SHETTY AND ANITA SHETTY; (3) TO SET ASIDE FRAUDULENT

1

1. TRANSFER OF REAL PROPERTY FROM NAGESH SHETTY AND ANITA SHETTY TO RICHARD D'SOUZA; and (4) TO FORECLOSE FEDERAL TAX LIENS ON REAL PROPERTIES (hereinafter "complaint").

2. On August 28, 2012, copies of the complaint and summons were served upon defendant CITIMORTGAGE, INC.

3. The undersigned parties agree that defendant CITIMORTGAGE, INC., may have an additional 30 days from the last date for filing its answer, September 18, 2012.

4. Defendant CITIMORTGAGE, INC., will have until October 18, 2012, in order to prepare a response to the complaint.

**IT IS SO STIPULATED.**

Respectfully submitted,

ANDRÉ BIROTTE JR., United States Attorney
SANDRA R. BROWN, Assistant U.S. Attorney
Chief, Tax Division

DATE: 10/4/2012

DANIEL LAYTON
Assistant United States Attorney
Attorneys for the United States of America


DATE: October 4, 2012

JANE A. GABA, ESQ.
Wolfe & Wyman, LLP
2301 Dupont Drive, Suite 300, Irvine, CA 92612
T:(949) 475-9200 Ext. 460 F:(949) 475-9203
jagaba@wolfewyman.com
Attorneys for Defendant Citimortgage, Inc.