ANDRE BIROTTE, JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (California Bar No. 240763)
Assistant United States Attorney
Tax Division
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, CA 90012
  Telephone: (213) 894-6165
  Facsimile: (213) 894-0115
  Email: daniel.layton@usdoj.gov

Attorneys for Plaintiff, the
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>NAGESH SHETTY, et al.,<br><br>    Defendants. | No. SACV 12-930-DOC(MLGx)<br><br>DECLARATION OF SERVICE:<br><br>[No hearing required] |

    Maria-Luisa Q. Bullard, pursuant to 28 U.S.C. § 1746(2), declares as follows:

    1.  I am over eighteen years of age, and I am not a party to the above-captioned case.

    2.  I am employed as a Legal Assistant in the Central District of California, United States Attorney's Office in Los Angeles.

3. At the request and direction of the United States Attorney's office for the Central District of California, on October 11, 2012, I served true and correct copies of the following papers:

    1. Order to Substitute Mesa Verde Plaza, LP, as Successor in Interest to Mesa Verde Drive Plaza, a California General Partnership, as a Party for Defendant Mesa Verde Drive Plaza, a California General Partnership

by certified mail on Defendant by serving said persons at:

Mark Les
Mesa Verde Plaza, LP
1525 Mesa Verde Dr.E
Costa Mesa, CA 92626

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 11, 2012.

MARIA-LUISA Q. BULLARD