# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America | Plaintiff(s), | CASE NUMBER: 8:12-cv-00930-DOC-MLGx |
| v. | | |
| Nagesh Shetty et al | Defendant(s). | NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of: 1) DIVERSIFIED ACCEPTANCE CORPORATION, dba M. LEONARD AND ASSOCIATES, successor in interest to UNITED MERCHANTS ASSOCIATION; 2) Mahabala Shetty; 3) Capital One; and 4) Midfirst Bank for the following reason(s)

| | |
|---|---|
| X | No declaration as required by F.R.Civ.P 55(a) |
| X | No proof of service on Requests for Clerk to Enter default (Document Nos. 29,30,31,32) |
| ☐ | The name of the person served does not exactly match the person named in complaint |
| ☐ | Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file |
| ☐ | Request for Entry of Default has been forwarded to assigned Judge |
| X | Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**. |
| ☐ | Other |

The Clerk cannot enter the requested **Default Judgment** against _____ for the following reason(s)

| | |
|---|---|
| ☐ | No Entry of Default on file |
| ☐ | No declaration as required by F.R.Civ.P 55(b) |
| ☐ | The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint |
| ☐ | Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint |
| ☐ | A declaration establishing the amount due must accompany the plaintiff's request for default judgment |
| ☐ | No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge |
| ☐ | Amount sought is not for a sum certain or cannot be computed to a sum certain |
| ☐ | Attorney Fees sought not in compliance with Local Rule 55-3 |
| ☐ | Amount sought for costs is incorrect |
| ☐ | Case terminated on |
| ☐ | Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**. |
| ☐ | Other |

CLERK OF COURT

By: <u>R. La Chapelle</u>

Deputy Clerk