ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (SBN 240763)
Assistant United States Attorney
 Room 7211, 300 N. Los Angeles Street
 Los Angeles, CA  90012
 T: (213) 894-6165  F: (213) 894-0115
 Daniel.Layton@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff,<br><br>vs.<br><br>NAGESH SHETTY, et al.,<br><br>　Defendants. | Case No. SACV12-930-DOC (MLGx)<br><br>Stipulation for Order to Extend Time for Defendant David M. Dudley to Respond to Initial Complaint by an Additional 30 Days; [Proposed] Order lodged concurrently herewith<br><br>Complaint Served: 08/09/2012<br>Resp. Currently Due: 10/13/2012<br>New Resp. Due: 11/12/2012 |

Plaintiff United States of America and defendant DAVID M. DUDLEY stipulate as follows:

1. On June 11, 2012, plaintiff filed its COMPLAINT (1) TO REDUCE JOINT FEDERAL TAX ASSESSMENTS TO JUDGMENT; (2) FOR A DETERMINATION THAT REAL PROPERTY IS TITLED TO RICHARD D'SOUZA AS NOMINEE OR IN RESULTING TRUST FOR THE BENEFIT OF NAGESH SHETTY AND ANITA SHETTY; (3) TO SET ASIDE FRAUDULENT TRANSFER OF REAL PROPERTY FROM NAGESH SHETTY AND ANITA

SHETTY TO RICHARD D'SOUZA; and (4) TO FORECLOSE FEDERAL TAX LIENS ON REAL PROPERTIES (hereinafter "complaint").

2. On August 9, 2012, copies of the complaint and summons were served upon defendant DAVID M. DUDLEY.

3. By way of a second stipulation extending time to answer by 14 days, pursuant to Local Rule 8-3, the last date for defendant DAVID M. DUDLEY to file his answer was extended to October 13, 2012.

4. The United States, David M. Dudley, and other lienholder defendants who have appeared in this action are currently working towards a stipulation with respect to lien priority.

5. The undersigned parties agree that defendant DAVID M. DUDLEY may have until <u>November 12, 2012</u>, in order to prepare, file, and serve a response to the complaint and respectfully request the Court enter the proposed order lodged concurrently herewith.

**IT IS SO STIPULATED.**

Respectfully submitted,

ANDRÉ BIROTTE JR., United States Attorney
SANDRA R. BROWN, Assistant U.S. Attorney
Chief, Tax Division

DATE: 10/12/2012

_____
DANIEL LAYTON
Assistant United States Attorney
Attorneys for the United States of America


DATE: October 12, 2012

s/David M. Dudley
_____
DAVID M. DUDLEY, Esq.
Defendant