ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (SBN 240763)
Assistant United States Attorney
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, CA  90012
  Telephone:  (213) 894-6165
  Facsimile:  (213) 894-0115
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SACV12-930-DOC (MLGx) |
| Plaintiff, | |
| vs. | Second Stipulation for Order to Extend Time for Defendant U.S. Bank to Respond to Initial Complaint by an Additional 30 Days; [Proposed] Order lodged concurrently herewith |
| NAGESH SHETTY, et al., | |
| Defendants. | |
| | Complaint Served: 8/16/2012 |
| | Resp. Currently Due: 11/5/2012 |
| | New Resp. Due: 12/5/2012 |

Plaintiff United States of America and defendant U.S. BANK, N.A. AS
TRUSTEE FOR THE REGISTERED HOLDERS OF STRUCTURED ASSET
SECURITIES CORPORATION MORTGAGE PASS THROUGH
CERTIFICATES, SERIES 2007 TC-1 (hereinafter "**U.S. Bank**") stipulate as
follows:

    1.    On June 11, 2012, plaintiff filed its COMPLAINT (1) TO REDUCE
JOINT FEDERAL TAX ASSESSMENTS TO JUDGMENT; (2) FOR A

1

1    DETERMINATION THAT REAL PROPERTY IS TITLED TO RICHARD

2    D'SOUZA AS NOMINEE OR IN RESULTING TRUST FOR THE BENEFIT OF

3    NAGESH SHETTY AND ANITA SHETTY; (3) TO SET ASIDE FRAUDULENT

4    TRANSFER OF REAL PROPERTY FROM NAGESH SHETTY AND ANITA

5    SHETTY TO RICHARD D'SOUZA; and (4) TO FORECLOSE FEDERAL TAX

6    LIENS ON REAL PROPERTIES (hereinafter "complaint").

7          2.    By way of a second stipulation extending time to answer and order

8    entered thereon, the last date for defendant U.S. BANK to file its answer was

9    extended to November 5, 2012.

10          3.    The United States, U.S. BANK, and other lienholder defendants who

11    have appeared in this action are currently circulating a stipulation and proposed

12    order with respect to lien priority which will relieve U.S. BANK of active

13    participation in this case and allow U.S. BANK to avoid the time and expense of

14    preparing an answer to the complaint.

15          4.    The undersigned parties agree that defendant U.S. BANK may have

16    until December 5, 2012, in order to prepare a response to the complaint, if not

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1   relieved of the obligation to do so by that time, and respectfully request the Court

2   enter the proposed order lodged concurrently herewith.

3   **IT IS SO STIPULATED.**

4                               Respectfully submitted,

5                               ANDRÉ BIROTTE JR., United States Attorney

6                               SANDRA R. BROWN, Assistant U.S. Attorney
                                Chief, Tax Division
7   DATE: 11/2/2012

8                               DANIEL LAYTON

9                               Assistant United States Attorney
                                Attorneys for the United States of America
10

11

12  DATE: 11/2/2012

13                              SARA FIROOZEH, ESQ. (SBN 259741)

14                              Houser & Allison, APC

15                              9970 Research Drive
                                Irvine, CA 92618
16                              P: (949) 679-1111 F: (949) 679-1112

17                              sfiroozeh@houser-law.com

18                              Attorneys for Defendant U.S. Bank, N.A. as Trustee
                                for the registered holders of Structured Asset
19                              Securities Corporation Mortgage Pass-Through
                                Certificates, Series 2007-TC1
20

21

22

23

24

25

26

27

28

                                    3