ANDRÉ BIROTTE, JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (SBN 240763)
Assistant United States Attorney
Room 7211 Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012
T:(213) 894-6165 F:(213) 894-0115
Email: Daniel.Layton@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>NAGESH SHETTY, et al.,<br>Defendants. | Case No. SACV12-930-DOC (MLGx)<br><br>Notice of Lodging Proof of Service of Summons and Complaint Pursuant to Fed. R. Civ. P. 4(f)(1) |

Please take notice that on October 3, 2012, defendant RICHARD D'SOUZA, a.k.a. RICHARD D'SOUSA or RICHARD DE SOUZA was personally served with the Summons and Complaint in this case pursuant to Fed. R. Civ. P. 4(f)(1) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. Service (Fed. R. Civ. P. 4(l)(2)(A)) pursuant to the Hague Convention is proven by the CERTIFICATE attached hereto.

ANDRE BIROTTÉ, JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

Dated: 11/5/2012

DANIEL LAYTON
Assistant United States Attorney
Attorneys for United States of America

# CERTIFICATE
*ATTESTATION*

The undersigned has the honour to certify, in conformity with article 6 of the Convention,
*L' autorité soussignée à l'honneur d'attester conformément à l'article 6 de la dite Convention.*

1. that the document has been served *
*1. que la demande a executée*

| | | |
|---|---|---|
| the (date) | - *la (date)* | Wednesday 3rd October 2012 |
| at (place, street, number) | - *a (localité, rue, numéro)* | **7080 Warden Avenue,** Markham, Ontario |

- in one of the following methods authorized by article 5:
*- dans une formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
*a) selon les formes légales (article 5, alinéa premier, lettre a) de la dite Convention*

X (b) in accordance with the following particular method:
*b) selon la forme particuliére suivante:* **personal service**

☐ (c) by delivery to the addressee, who accepted it voluntarily.*
*c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
*- (identité et qualité; de la personne)*

**Mr. Richard DESOUZA (aka D'SOUZA, D'SOUSA, DE SOUZA) – adult male**

- relationship to the addressee (family, business or other):
- *liens de parente de subordination ou ourres. Avec le desitruiraire de l'acte*

**Intended recipient**

2) that the document has not been served, by reason of the following facts*:

*2. que la demande rl'a pas ele execute, en raison des faits suivants:+*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expences detailed in The attached statement*
*Conformement a l'article 12, alinea 2, de lad??e Convention, le requerani est prie de payer ou de rembourser les frais don't le detail figure au memoire ci-loin?.*

Annexes
*Annexes*

Documents returned:
*pieces renvoyees*

**See Request**

In appropriate cases, documents establishing the service:
*Le cas echean?, les documntsjus?i?ican?s de l'execution:*

Done at **Newmarket, Ontario - the 3rd October 2012**
*Fait 'a*

Signature and/or stamp
*Signature et/ou cachet.*

**B. G. SHAW**
**Court Enforcement Officer**
**Regional Municipality of York**

U.S. Department of Justice
United States Marshals Service

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| **Identity and address of the applicant** *Identité et adresse du requérant* | **Address of receiving authority** *Adresse de l'autorité destinataire* |
|---|---|
| United States Attorney's Office, C.D. Cal.<br>Daniel Layton, Asst. U.S. Att., Tax Division<br>Federal Building, Suite 7211<br>300 N. Los Angeles Street<br>Los Angeles, CA, 90012<br>USA | Ministry of the Attorney General<br>Courts Administration<br>Court House (Provincial Division)<br>393 Main Street<br>Halleybury, Ontario, Canada P0J 1K0 |

**The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address)**
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir: (identité et adresse)*

-RICHARD DESOUZA- Richard D'Souza, a.k.a. Richard D'Sousa or Richard De Souza
72 Wilclay Ave, Markham, Ontario, Canada L3S 1R1

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5 alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.**
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1) SACV12-930-DOC (MLGx) - COMPLAINT

2) SACV12-930-DOC (MLGx) - SUMMONS

Done at 6th of September, the 2012
*Fait à , le*

Signature and/or stamp
*Signature et/ou cachet*
Daniel Layton

*Delete if inappropriate
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)