ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (SBN 240763)
Assistant United States Attorney
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, CA  90012
  Telephone:  (213) 894-6165
  Facsimile:  (213) 894-0115

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  vs.  <br>NAGESH SHETTY, et al.,  <br>  Defendants. | Case No. SACV12-930-DOC (MLGx)  <br>Order to Extend Time for Defendant U.S. Bank to Respond to Initial Complaint  <br><br>Complaint Served: 08/16/2012  <br>New Resp. Due: 12/5/2012 |

     Based on the Stipulation for Order to Extend Time for Defendant U.S. Bank to Respond to Initial Complaint by an Additional 30 Days, and good cause appearing thereon, **IT IS HEREBY ORDERED** that U.S. Bank, N.A. as Trustee

1

for the registered holders of Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-TC1 shall have until December 5, 2012, to file an answer, response, or otherwise appear in this case.

**IT IS SO ORDERED**

DATED:  November 6, 2012

_____
HON. DAVID O. CARTER
United States District Court Judge

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


DANIEL LAYTON
Assistant United States Attorney
Attorneys for United States of America

2