ANDRÉ BIROTTE, JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (SBN 240763)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-6165
    Facsimile: (213) 894-0115
    Email: Daniel.Layton@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SACV 12-930 DOC (MLGx) |
| Plaintiff, | JOINT REPORT PURSUANT TO FED. R. CIV. P. 26(f) |
| vs. | [F.R.Civ.P. 26; Local Rule 26-1] |
| NAGESH SHETTY, et al., | Scheduling Conference: Monday, November 26, 2012, at 8:30 a.m. |
| Defendants. | |

On October 26, 2012, the following parties held a conference to comply with Fed. R. Civ. P. 26(f), Local Rule 26-1, and the Order Setting Scheduling Conference dated September 18, 2012:

Plaintiff United States of America, through counsel, Assistant U.S. Attorney Daniel Layton;

Defendant David M. Dudley, *pro se*;

Defendants Nagesh Shetty and Anita Shetty ("**the taxpayers**"), through counsel, N. Kelly Hoang;

Defendant Richard D'Souza, aka Richard D'Sousa or Richard De Souza, through counsel, Boyd Hudson;

Defendant State of California, through its agency the Franchise Tax Board, through Deputy Attorney General Marla Markman;

1

1   Defendant Orange County Treasurer-Tax Collector, through Deputy County
2   Counsel Mark Batarse;
3   Defendant CitiMortgage, Inc., through counsel, Jennifer J. Maas; and
4   Defendant U.S. Bank, N.A. as Trustee for the registered holders of
5   Structured Asset Securities Corporation Mortgage Pass-Through
6   Certificates, Series 2007-TC1, through counsel Sara Firoozeh.
7       **(1) Short Factual Summary of the Case and of Claims and Defenses**
8       On June 11, 2012, plaintiff filed its COMPLAINT (1) TO REDUCE JOINT
9   FEDERAL TAX ASSESSMENTS TO JUDGMENT; (2) FOR A
10  DETERMINATION THAT REAL PROPERTY IS TITLED TO RICHARD
11  D'SOUZA AS NOMINEE OR IN RESULTING TRUST FOR THE BENEFIT OF
12  NAGESH SHETTY AND ANITA SHETTY; (3) TO SET ASIDE FRAUDULENT
13  TRANSFER OF REAL PROPERTY FROM NAGESH SHETTY AND ANITA
14  SHETTY TO RICHARD D'SOUZA; and (4) TO FORECLOSE FEDERAL TAX
15  LIENS ON REAL PROPERTIES (hereinafter "**Complaint**").   With respect to the
16  first cause of action, the United States is seeking to reduce to judgment assessed
17  liabilities from audits of Nagesh and Anita Shetty's 1987 to 1989 tax years, which
18  resulted in the IRS's determination that the taxpayers had income tax deficiencies
19  and were liable for fraud penalties.  In addition, the first cause of action seeks to
20  reduce to judgment unpaid self-assessed liabilities for the taxpayers' 2006, 2007,
21  2009, and 2010 tax years.
22      In the fourth cause of action, the United States seeks an order foreclosing its
23  tax liens upon two real properties ("**the Subject Properties**").  The first real
24  property against which the United States seeks to foreclose its tax liens (hereinafter
25  "**the Huntington Beach Property**") is titled to A. Nagesh Shetty and Anita E.
26  Shetty as trustees of the Shetty Family Trust, dated February 27, 1991, and is
27  located in Huntington Beach, California.  The second real property against which
28  the United States seeks to foreclose its tax liens (hereinafter "**the Irvine**

2

Property") is located at 31 Capobella, Irvine, California, and is titled to Richard D'Souza.  In the second and third causes of action, the United States seeks a finding that Richard D'Souza holds title as a mere nominee for the benefit of the taxpayers or an order setting aside the conveyance to Richard D'Souza as a fraudulent transfer under Cal Civ. Code §§ 3439.04(a)(1), 3439.04(a)(2), and 3439.05.

The remaining defendants (other than the taxpayers and Richard D'Souza) (hereinafter, **"lienholder defendants"**) were named as parties due to their interests recorded against the Subject Properties.  The United States and the lienholder defendants are working on the final touches to stipulations resolving any disputes as to validity and relative priority of their interests with respect to each of the Subject Properties.  These parties expect to file a stipulation and proposed order with the Court prior to the scheduling hearing which would limit the need for active participation through the remainder of the litigation.

Defendant Richard D'Souza and the United States are currently working on a stipulation with respect to the "nominee" issue which would limit his active participation going forward in the litigation.

Defendants Nagesh Shetty and Anita Shetty have only recently accepted service by Notice and Acknowledgement and their counsel is in the process of reviewing and analyzing the claims in this case.

### (2) Short Synopsis of the Principal Issues in the Case

First cause of action: (1) Whether the United States is entitled to reduce its assessments for the taxpayers' 1987 to 1989, 2006, 2007, 2009, and 2010 tax years to judgment; (2) whether the action has been brought within the statute of limitations for the 1987 to 1989 tax years; (3) whether the assessments for the 1987 to 1989 tax years are erroneous in amount; and (4) whether the assessments for the taxpayers' 1987 to 1989, 2006, 2007, 2009, and 2010 tax years were made within

3

the statute of limitations against assessment.

Second cause of action: Whether the Irvine Property is held by Richard D'Souza as nominee or in resulting trust for the taxpayers as the true equitable or beneficial owners.

Third cause of action: (1) Whether the conveyance of the Irvine Property from the taxpayers to defendant Richard D'Souza may be set aside as a fraudulent transfer pursuant to Cal. Civ. Code § 3439.04(a)(1); (2) Whether the conveyance of the Irvine Property from the taxpayers to defendant Richard D'Souza may be set aside as a fraudulent transfer pursuant to Cal. Civ. Code § 3439.04(a)(2); Whether the conveyance of the Irvine Property from the taxpayers to defendant Richard D'Souza may be set aside as a fraudulent transfer pursuant to Cal. Civ. Code § 3439.05.

Fourth cause of action: (1) Whether the United States has valid and subsisting liens upon which the Court may enter an order of foreclosure on the Subject Properties; (2) The determination of the interests and relative priority of the lienholder defendants who have appeared in this action (as stated above, this issue is expected to be resolved by stipulation).

**(3) Parties Likely to Be Added and Amendment to Pleadings**

The parties do not anticipate any likely additional parties to be added (L.R. 26-1(e)) or amendments to the pleadings.

**(4) Issues Which May Be Determined by Motion [L.R. 26-1(b)]**

The United States of America believes all issues may be resolved by summary adjudication and expects to file a motion for summary judgment or for partial adjudication of the issues.  The United States conferred with the parties present at the meeting regarding the substance of the contemplated motion and any potential resolution.  See L.R. 7-3.

The United States also may request a bifurcated trial in the event that a jury

4

is demanded on the first cause of action because the remaining causes of action are dependent on the first and because the remaining causes of action are akin to equitable relief and not entitled to a jury determination.

The United States will also move for default judgment against defendants who have failed to answer or otherwise appear in this action.

### (5) Settlement Discussions and Settlement Procedure

<u>Discussions:</u> The United States and the lienholder defendants are drafting stipulations to resolve any issues regarding the validity and priority of their interests. They expect to file stipulations and proposed orders, which would relieve the lienholder defendants of active participation in the litigation, prior to the scheduling hearing in this case.

The United States and defendant Richard D'Souza are currently discussing a draft stipulation regarding his nominee status, the right of the United States to foreclose on the Irvine Property, and a request that he be relieved of active participation in this case.

<u>Settlement Procedure:</u> The parties are requesting that the settlement conference be conducted by a Magistrate Judge. The parties will set a date for the settlement conference to take place no later than 60 days prior to the trial date. A Settlement Procedure Selection: Request and Notice is being filed herewith.

### (6) Discovery Plan

The parties agree that this is not a complex case requiring reference to the manual on complex litigation. L.R. 26-1(a).

*(a) Timing and Form of Required Disclosures.*

The parties agree to make the initial disclosures required under F.R.C.P. 26(a)(1) no later than <u>January 22, 2013</u>, and the pre-trial disclosures required by F.R.C.P. 26(a)(3) no later than 30 days prior to the trial date.

1   The parties do not anticipate calling expert witnesses. If expert witnesses
2   become necessary, disclosures under F.R.C.P. 26(a)(2) shall be made not later than
3   60 days prior to the close of discovery.  L.R. 26-1(f).
4           *(b) Subjects of Discovery, Phases, Limits or Focuses [F.R.C.P.*
5   *26(f)(3)(B)].*
6   The parties do not anticipate the need to have discovery conducted in phases,
7   in any set order, or be limited to or focused upon particular issues.
8           *(c) Electronically Stored Information [F.R.C.P. 26(f)(3)(C)].*
9   The parties do not anticipate any issues relating to disclosure or discovery of
10  electronically stored information, including the form or forms in which it should be
11  produced.
12          *(d) Issues About Claims of Privilege or Protection of Trial*
13  *Preparation Materials [F.R.C.P. 26(f)(3)(D)].*
14  The parties do not anticipate any issues relating to claims of privilege or of
15  protection as to trial-preparation material.
16          *(e) Changes in the Limitations on Discovery Provided by Federal*
17  *Rules or Local Rules [F.R.C.P. 26(f)(3)(E)].*
18  The parties do not anticipate the need for changes to be made in the
19  limitations on discovery imposed by the Federal Rules of Civil Procedure or the
20  Local Rules.
21          *(f) Orders the Court Should Issue Under Rule 26(c) or 16(b) & (c)*
22  *[F.R.C.P. 26(f)(3)(F)].*
23  The parties do not anticipate the need for any other orders that should be
24  entered by the Court under F.R.C.P. 26(c) or 16(b) and (c).
25          **(7) Trial by Jury or to the Court, Length of Trial**
26  Only the taxpayers are entitled to demand a jury because the first cause of
27  action is for a money judgment.  As of the date of this report, the taxpayers have
28  not yet filed an answer and, thus, have not yet demanded a jury.

1       In the event a jury demand is made, trial will be by jury as to the first cause

2   of action.  A request for bifurcation may be made with respect to trial by the Court

3   for the second, third, and fourth causes of action.

4       The estimated length of trial is three (3) days.

5          **(8) Any Other Issues Affecting Status or Management of the Case**

6       The parties do not anticipate any other issues which may affect the status or

7   management of the case.

8                **(9) Four Proposed Dates**

9       (a) Discovery cutoff date:  November 25, 2013

10      The parties understand that the discovery cutoff date is the date by which all

11  discovery and depositions must be completed (not the date by which discovery

12  requests must be served).  Furthermore, any motion challenging the adequacy of

13  discovery responses must be filed timely, served, and calendared sufficiently in

14  advance of the discovery cutoff date to permit the responses to be obtained before

15  that date.

16      (b) Final motion cutoff date: Monday, February 10, 2014

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    (c) Date for pretrial conference: Monday, March 31, 2014

2    (d) Date for trial: Tuesday, April 21, 2014

3                        Respectfully submitted,

4    NICHOLAS S. CHRISOS,                 ANDRE BIROTTE, JR.,
5    County Counsel                       United States Attorney
                                          SANDRA R. BROWN
6                                         Asst. U.S. Attorney, Chief, Tax Div.
7    MARK BATARSE
     Deputy County Counsel                DANIEL LAYTON, Asst. U.S. Attorney
8    *Attorneys for Orange County*        *Attorneys for the United States*
9    *Treasurer-Tax Collector*            *of America*
         Date: 11/8/12                        Date: 11/9/2012
10

11                                        KAMALA D. HARRIS
12                                        Attorney General of California
     JENNIFER J. MAAS                     W. DEAN FREEMAN
13   Wolfe & Wyman LLP                    Supervising Deputy Attorney General
14   *Attorneys for CitiMortgage, Inc.*
         Date:
15                                        MARLA K. MARKMAN
                                          Deputy Attorney General
16                                        *Attorneys for State of California,*
     David M Dudley, by Order             *Franchise Tax Board*
17   DAVID M. DUDLEY, *pro se*                Date:
18       Date:
19

20
     BOYD D. HUDSON                       N. KELLY HOANG
21   *Attorney for Richard D'Souza, a.k.a.*   *Attorney for Nagesh Shetty and*
22   *Richard D'Sousa or Richard De Souza*    *Anita Shetty*
         Date:                                Date:
23

24
     SARA FIROOZEH
25   Houser & Allison, APC
26   *Attorneys for U.S. Bank, N.A.*
27       Date:

28

                                   8

1    (c) Date for pretrial conference: Monday, March 31, 2014

2    (d) Date for trial: Tuesday, April 21, 2014

3              Respectfully submitted,

4    NICHOLAS S. CHRISOS,              ANDRE BIROTTE, JR.,

5    County Counsel                    United States Attorney
                                       SANDRA R. BROWN,
6    _____               Asst. U.S. Attorney, Chief, Tax Div.

7    MARK BATARSE                      _____

8    Deputy County Counsel            DANIEL LAYTON, Asst. U.S. Attorney
     *Attorneys for Orange County*    *Attorneys for the United States*
9    *Treasurer-Tax Collector*        *of America*

10     Date:_____               Date:_____

11   _____               KAMALA D. HARRIS

12   JENNIFER J. MAAS                  Attorney General of California
                                       W. DEAN FREEMAN
13   Wolfe & Wyman LLP                 Supervising Deputy Attorney General
14   *Attorneys for CitiMortgage, Inc.*

15     Date:_____               _____

16                                     MARLA K. MARKMAN
                                       Deputy Attorney General
17   _____               *Attorneys for State of California,*
                                       *Franchise Tax Board*
18   DAVID M. DUDLEY, *pro se*           Date:_____
     Date:_____

19

20   _____

21   BOYD D. HUDSON                     N. KELLY HOANG
     *Attorney for Richard D'Souza, a.k.a.*   *Attorney for Nagesh Shetty and*
22   *Richard D'Sousa or Richard De Souza*   *Anita Shetty*
     Date:_____                    Date: *11-08-2012*

23

24

25   _____

26   SARA FIROOZEH
     Houser & Allison, APC
27   *Attorneys for U.S. Bank, N.A.*
     Date:_____

28

                    8

1    (c) Date for pretrial conference: Monday, March 31, 2014

2    (d) Date for trial: Tuesday, April 21, 2014

3                    Respectfully submitted,

4    NICHOLAS S. CHRISOS,              ANDRE BIROTTE, JR.,
5    County Counsel                    United States Attorney
                                       SANDRA R. BROWN
6                                      Asst. U.S. Attorney, Chief, Tax Div.
7    _____
     MARK BATARSE                      _____
8    Deputy County Counsel             DANIEL LAYTON, Asst. U.S. Attorney
     *Attorneys for Orange County*     *Attorneys for the United States*
9    *Treasurer-Tax Collector*         *of America*
10       Date:_____                Date:_____

11
12   _____
     JENNIFER J. MAAS                  KAMALA D. HARRIS
13   Wolfe & Wyman LLP                 Attorney General of California
                                       W. DEAN FREEMAN
14   *Attorneys for CitiMortgage, Inc.* Supervising Deputy Attorney General
15       Date:  11 - 8 - 12           _____
16                                     MARLA K. MARKMAN
                                       Deputy Attorney General
17   _____             *Attorneys for State of California,*
     DAVID M. DUDLEY, *pro se*          *Franchise Tax Board*
18       Date:_____                Date:_____
19
20   _____             _____
     BOYD D. HUDSON                    N. KELLY HOANG
21   *Attorney for Richard D'Souza, a.k.a.*  *Attorney for Nagesh Shetty and*
     *Richard D'Sousa or Richard De Souza*   *Anita Shetty*
22       Date:_____                Date:_____
23
24   _____
25   SARA FIROOZEH
     Houser & Allison, APC
26   *Attorneys for U.S. Bank, N.A.*
27       Date:_____
28

                              8

1          (c) Date for pretrial conference: Monday, March 31, 2014

2          (d) Date for trial: Tuesday, April 21, 2014

3                          Respectfully submitted,

4    NICHOLAS S. CHRISOS,              ANDRE BIROTTE, JR.,
     County Counsel                    United States Attorney
5                                       SANDRA R. BROWN,
6    _____           Asst. U.S. Attorney, Chief, Tax Div.

7    MARK BATARSE                       _____
     Deputy County Counsel
8    *Attorneys for Orange County*      DANIEL LAYTON, Asst. U.S. Attorney
     *Treasurer-Tax Collector*         *Attorneys for the United States*
9         Date:_____          *of America*
10                                          Date:_____

11   _____           KAMALA D. HARRIS
                                        Attorney General of California
12   JENNIFER J. MAAS                   W. DEAN FREEMAN
13   Wolfe & Wyman LLP                  Supervising Deputy Attorney General
     *Attorneys for CitiMortgage, Inc.*  *Marla K. Markman*
14        Date:_____          MARLA K. MARKMAN
15                                      Deputy Attorney General
16                                      *Attorneys for State of California,*
     _____           *Franchise Tax Board*
17   DAVID M. DUDLEY, *pro se*              Date: 11/9/12
18        Date:_____

19

20   _____           _____
21   BOYD D. HUDSON                     N. KELLY HOANG
     *Attorney for Richard D'Souza, a.k.a.*  *Attorney for Nagesh Shetty and*
22   *Richard D'Sousa or Richard De Souza*  *Anita Shetty*
          Date:_____              Date:_____
23

24
     _____
25   SARA FIROOZEH
     Houser & Allison, APC
26   *Attorneys for U.S. Bank, N.A.*
27        Date:_____

28

                                        8

1         (c) Date for pretrial conference: Monday, March 31, 2014

2         (d) Date for trial: Tuesday, April 21, 2014

3                    Respectfully submitted,

4 NICHOLAS S. CHRISOS,         ANDRE BIROTTE, JR.,

5 County Counsel                United States Attorney

                                SANDRA R. BROWN,

6                                 Asst. U.S. Attorney, Chief, Tax Div.

7 _____

MARK BATARSE

8 Deputy County Counsel        DANIEL LAYTON, Asst. U.S. Attorney

*Attorneys for Orange County*    *Attorneys for the United States*

9 *Treasurer-Tax Collector*        *of America*

    Date:_____              Date:_____

10

11                                 KAMALA D. HARRIS

                                Attorney General of California

12 _____        W. DEAN FREEMAN

13 JENNIFER J. MAAS         Supervising Deputy Attorney General

Wolfe & Wyman LLP

14 *Attorneys for CitiMortgage, Inc.*

    Date:_____        _____

15                                 MARLA K. MARKMAN

16                                 Deputy Attorney General

                                *Attorneys for State of California,*

17 _____     *Franchise Tax Board*

18 DAVID M. DUDLEY, *pro se*      Date:_____

    Date:_____

19

20 _____      _____

BOYD D. HUDSON          N. KELLY HOANG

21 *Attorney for Richard D'Souza, a.k.a.*  *Attorney for Nagesh Shetty and*

*Richard D'Sousa or Richard De Souza*  *Anita Shetty*

22     Date:_____         Date:_____

23

24

25 SARA FIROOZEH

Houser & Allison, APC

26 *Attorneys for U.S. Bank, N.A.*

27     Date: 11 / 8 / 2012

28

                          8

1    (c) Date for pretrial conference: Monday, March 31, 2014

2    (d) Date for trial: Tuesday, April 21, 2014

3                    Respectfully submitted,

4  NICHOLAS S. CHRISOS,                 ANDRE BIROTTE, JR.,
5  County Counsel                       United States Attorney
                                        SANDRA R. BROWN,
6  _____             Asst. U.S. Attorney, Chief, Tax Div.
7  MARK BATARSE                         _____
   Deputy County Counsel                DANIEL LAYTON, Asst. U.S. Attorney
8  *Attorneys for Orange County*        *Attorneys for the United States*
9  *Treasurer-Tax Collector*            *of America*
      Date:_____                Date:_____
10

11                                       KAMALA D. HARRIS
12  _____             Attorney General of California
   JENNIFER J. MAAS                     W. DEAN FREEMAN
13  Wolfe & Wyman LLP                    Supervising Deputy Attorney General
14  *Attorneys for CitiMortgage, Inc.*
      Date:_____              _____
15                                       MARLA K. MARKMAN
                                        Deputy Attorney General
16                                       *Attorneys for State of California,*
17  _____             *Franchise Tax Board*
   DAVID M. DUDLEY, *pro se*               Date:_____
18    ~~Date:~~

19

20  BOYD D. HUDSON                       N. KELLY HOANG
21  *Attorney for Richard D'Souza, a.k.a.*  *Attorney for Nagesh Shetty and*
22  *Richard D'Souza or Richard De Souza*   *Anita Shetty*
      Date: 11/9/2012                      Date:_____
23

24

25  _____
   SARA FIROOZEH
26  Houser & Allison, APC
   *Attorneys for U.S. Bank, N.A.*
27    Date:_____

28
                              8

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On **November 9,  2012**, I served

Joint Report Pursuant to Fed.R.Civ.P. 26(f)

on the person and entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

SEE ATTACHED.

Date of mailing: **November 9,  2012.**

Place of mailing: Los Angeles, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing if true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **November 9,  2012,** Los Angeles, California.

**MARIA LUISA Q. BULLARD**

USA V. NAGESH SHETTY, ET AL
SA CV 12-930 DOC(MLGx)


SERVICE LIST



N. Kelly Hoang
600 Anton Blvd., 11th Floor
Costa Mesa, CA 92626

Sara Firoozeh
Attorney
HOUSER
& ALLISON, APC
9970 Research Drive
Irvine, CA 92618

Mark A. Batarse, Deputy County Counsel
Orange County Counsel's Office
333 West Santa Ana Blvd., 4th Floor
Santa Ana, CA 92701

Jennifer J. Maas, Attorney at Law
WOLFE & WYMAN LLP
2301 Dupont Drive, Suite 300 • Irvine, CA 92612

Marla K. Markman
Deputy Attorney General
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, California 90013

Law Offices of David M. Dudley
3415 South Sepulveda Blvd., Suite 320
Los Angeles, California 90034

Boyd Hudson
Adams Hawekotte & Hudson
251 S Lake Ave Ste 930
Pasadena, CA 91101