N. KELLY HOANG LAW FIRM
N. KELLY HOANG, ESQ. (CA Bar No. 195816)
Plaza Tower
600 Anton Blvd., 11th Floor
Costa Mesa, CA 92626
Telephone: (714) 545-1016
Facsimile: (714) 545-5048
Email: kellyhoanglaw@sbcglobal.net

Attorney for Defendants
NAGESH and ANITA SHETTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| United States of America, | NO. SACV 12-930 DOC (MLGx) |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME TO RESPOND TO INTIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| Nagesh Shetty, et al., | |
| Defendants. | **Complaint Served**: 10/24/12<br>**Current Response Date**: 11/14/12<br>**New Response Date**: 12/14/12 |
| | **NO ORDER NECESSARY** |

The parties by and through their respective counsel hereby stipulate as follows:

Defendants Nagesh and Anita Shetty shall have an additional 30 days, up to and including December 14, 2012, to answer the Complaint (1) To Reduce Federal Tax Assessments to Judgment; (2) For a Determination that Real Property is Titled to Richard D'Souza as Nominee or in Resulting Trust for the Benefit of Nagesh Shetty and Anita Shetty; (3) To Set Aside Fraudulent Transfer of Real Property from Nagesh Shetty and Anita Shetty to Richard D'Souza; and (4) To Foreclose Federal Tax Liens on Real

Properties (the "Complaint") filed by plaintiff United States of America on or about June 11, 2012.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: November 13, 2012   **N. KELLY HOANG LAW FIRM**

_____
N. Kelly Hoang, Esq.

Attorney for Defendants
Nagesh and Anita Shetty

Dated: November 13, 2012   **ANDRÉ BIROTTE, JR.**
United States Attorney
**SANDRA R. BROWN**
Assistant United States Attorney
Chief, Tax Division

_____
Daniel Layton
Assistant United States Attorney

Attorneys for Plaintiff
United States of America