ANDRE BIROTTE, JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (SBN 240763)
Assistant United States Attorney
Room 7211 Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012
Telephone: (213) 894-6165
Facsimile: (213) 894-0115
Email: Daniel.Layton@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

NAGESH SHETTY, et al.,

Defendants.

No. SACV12-930 DOC (MLGx)

STIPULATION AS TO LIEN PRIORITY TO IRVINE PROPERTY BETWEEN UNITED STATES OF AMERICA, ORANGE COUNTY TREASURER-TAX COLLECTOR, CITIMORTGAGE, INC., and STATE OF CALIFORNIA, through its agency THE FRANCHISE TAX BOARD ; [proposed] Order lodged concurrently herewith

The United States of America ("**United States**," "**IRS**", or "**plaintiff**"), defendant Orange County Treasurer-Tax Collector ("**Orange County**"), defendant CitiMortgage, Inc., and defendant State of California, through its agency the Franchise Tax Board ("**Franchise Tax Board**" or "**FTB**"), through their undersigned counsel, stipulate as follows as to their relative order of priority to the Irvine Property (described below):

1. On June 11, 2012, plaintiff filed its COMPLAINT (1) TO REDUCE JOINT FEDERAL TAX ASSESSMENTS TO JUDGMENT; (2) FOR A

DETERMINATION THAT REAL PROPERTY IS TITLED TO RICHARD D'SOUZA AS NOMINEE OR IN RESULTING TRUST FOR THE BENEFIT OF NAGESH SHETTY AND ANITA SHETTY; (3) TO SET ASIDE FRAUDULENT TRANSFER OF REAL PROPERTY FROM NAGESH SHETTY AND ANITA SHETTY TO RICHARD D'SOUZA; and (4) TO FORECLOSE FEDERAL TAX LIENS ON REAL PROPERTIES (hereinafter "**Complaint**").

2. The United States seeks an order foreclosing its tax liens upon two real properties ("**the Subject Properties**").

3. The first real property against which the United States seeks to foreclose its tax liens (hereinafter "**the Huntington Beach Property**") is titled to A. Nagesh Shetty and Anita E. Shetty as trustees of the Shetty Family Trust, dated February 27, 1991, and is located in Huntington Beach, California, within the county of Orange, with assessor's parcel no. 149-371-14, and is legally described as: LOT 63 OF TRACT. NO. 5664, AS PER MAP RECORDED IN BOOK 424 PAGES 31 TO 34 OF MISCELLANEOUS MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY AND STATE.

4. The second real property against which the United States seeks to foreclose its tax liens (hereinafter "**the Irvine Property**") is located at 31 Capobella, Irvine, California, within the County of Orange, with assessor's parcel no. 447-421-02, and is legally described as: LOT 47 OF TRACT NO. 12713, IN THE CITY OF IRVINE, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 586, PAGES 27-32 INCLUSIVE OF MISCELLANEOUS MAPS, RECORDS OF ORANGE COUNTY CALIFORNIA.

5. Defendant CitiMortgage, Inc., was made a party to this action pursuant to 26 U.S.C. § 7403(b) due to its interest in the Irvine Property pursuant to a Deed of Trust securing a loan in the amount of $276,450.00 for the purchase of the Irvine Property ("**Subject Irvine Property Loan**") in favor of California

Federal Savings and Loan Association recorded in the County of Orange at instrument no. 88-498375 on September 30, 1988 ("**Irvine Property Deed of Trust**"). A copy of the Irvine Property Deed of Trust was attached to the Complaint as Exhibit 29. CitiMortgage, Inc., is the successor in interest to California Federal Savings and Loan Association with respect to the Irvine Property Deed of Trust attached as Exhibit 29 to the Complaint.

6. Defendant Orange County was made a party to this action pursuant to 26 U.S.C. § 7403(b) based upon Certificates of Delinquency of Personal Property Tax and Certificates of Lien for Unsecured Property Taxes recorded in the County of Orange at instrument nos. 1999-838922, 1999-752452, 2001-130061, 2009-00542627, and 2011-00020343. Defendant Orange County has valid and subsisting liens based upon the certificates recorded at instrument nos. 2009-00542627 and 2011-00020343. Defendant Orange County asserts no continuing interest based upon the certificates recorded at instrument nos. 1999-838922, 1999-752452, 2001-13006. Defendant Orange County also currently has a lien interest for *ad valorem* property taxes on the Irvine Property for the 2012-2013 tax year.

7. Defendant Franchise Tax Board was made a party to this action pursuant to 26 U.S.C. § 7403(b) due to its interest in the Subject Properties due to liens arising from its state income tax liabilities against Nagesh Shetty and Anita Shetty for tax years 1987, 1988, 1989, 1994 and 1995.

8. The undersigned parties to this stipulation do not dispute the validity or continued attachment of each other's liens and agree that the relative priorities of their respective interests against the Irvine Property are as follows:

///

///

///

///

| Creditor (in order of priority) | Basis of Claim | Balance Due (Through Date) | Recorded at Instrument Number (Date) |
|---|---|---|---|
| Orange County | *Ad Valorem* Property Tax 2012-2013 | $4,895.22 (12/10/2012) | N/A |
| CitiMortgage, Inc. | Irvine Property Deed of Trust | $98,673.59 (10/1/2012) | 88-498375 (9/30/1988) |
| Franchise Tax Board | 1994 and 1995 state income tax liabilities | $43,805.13 (10/17/2012) | 01-93113 (2/21/2001) & extension at 2011000075806 (2/10/2011) |
| United States | Lien for Fine and/or Restitution Pursuant to Antiterrorism and Effective Death Penalty Act of 1996 for December 7, 2000, judgment in SACR 98-105 GLT, U.S. Dist. Ct., C.D. Cal. | $41,804.49 (10/9/2012) | 20010448233 (7/5/2001) |
| Franchise Tax Board | 1987, 1988, & 1989, state income tax liabilities | $288,901.89 (10/17/2012) | 2003000226557 (2/28/2003) |
| United States | 1987, 1988, 1989, 2006, 2007, 2009, and 2010 Federal income tax liabilities | $1,214,862.09 (6/30/2012) | 20020337915 (4/23/2002), 2007000439215 (7/13/2007), 2007000453937 (7/19/2007), 2007000457241 (7/20/2007), & 2010000107069 (3/5/2010)[1] |
| Orange County | Unsecured property taxes | $309.90 (10/31/2012) | 2009-00542627 (10/13/2009) |
| United States | 2007 and 2009 Federal income tax liabilities | $18,882.62 (6/30/2012) | 2010000678808 (12/16/2010) |
| County of Orange | Unsecured property taxes | $422.26 (10/31/2012) | 2011-00020343 (1/11/2011) |
| United States | 2006 & 2010 Federal income tax liabilities | $25,847.44 (6/30/2012) | N/A |

9. Interest and penalties as provided by law will continue to accrue on the above-stated amounts after the stated through-dates. Within thirty (30) days of

[1] 2007000453937, 2007000457241, and 2010000107069 were "nominee" notices of federal tax lien for the same liabilities already secured by the prior notices. Notices of Federal Tax Lien were refiled at 2010000403492, 2010000403493, 2010000403494, and 2010000403495 (8/19/2012).

written request by the United States and/or the Court, to the undersigned defendants, through their counsel, the undersigned defendants will provide payoff information regarding their respective liens referred to in this Stipulation.

10.   The undersigned defendants are named in this lawsuit only because of their respective lien interests in the Irvine Property and not due to any wrongdoing or omissions. The Complaint does not seek any monetary judgment against the undersigned defendants. While the Complaint seeks a determination of the interests of the undersigned defendants to clear title to any subsequent purchaser, by virtue of this Stipulation, the Complaint will not be found to seek to extinguish any liens asserted by the undersigned defendants and, in that regard, will act only to ensure satisfaction of the undersigned defendants' respective lien interests from the proceeds of the foreclosure or judicially ordered sale of the Irvine Property in the order of priority agreed to herein.

11.   CitiMortgage, Inc., reserves its rights and remedies under the Irvine Property Deed of Trust, including the right to conduct a non-judicial foreclosure sale.

12.   Plaintiff acknowledges that in connection with any Judgment with respect to plaintiff's prayers for relief in the Action, unless and until the Subject Irvine Property Loan secured by the Irvine Property Deed of Trust is fully satisfied, the Subject Irvine Property Loan shall not be deemed satisfied, and the Irvine Property Deed of Trust shall not be extinguished or impaired in any way. As a senior interest to the interests of the United States, the property sold in foreclosure (or judicially ordered sale) will be sold subject to the Irvine Property Subject Deed of Trust to secure the unsatisfied balance (with interest and accruals thereon) of the Irvine Property Loan.

13.   Under California Revenue and Taxation Code sections 2187, 2192, and 2193, as of January 1 of each calendar year, defendant Orange County Treasurer-Tax Collector will have a new lien against the Irvine Property securing

the payment of unpaid *ad valorem* taxes on the Irvine Property for the succeeding tax year. Under California Revenue and Taxation Code section 2192.1, defendant Orange County Treasurer-Tax Collector's liens securing the payment of unpaid *ad valorem* taxes against the Irvine Property have priority over all other liens on the Irvine Property, regardless of the time of their creation.

14. The undersigned defendants do not oppose plaintiff's right to judicial foreclosure of its Federal tax liens on the Irvine Property. The undersigned defendants also agree not to oppose the right of the United States to stay, or decline to pursue, its right of foreclosure.

15. Defendant CitiMortgage, Inc., will not be required to further respond to the pleadings, appear at any hearings or conduct any otherwise required disclosure in this action for the purpose of defending or prosecuting its interest in the Irvine Property as described above, unless ordered by the Court.

16. With respect to defendants Orange County and Franchise Tax Board, they will be relieved of participating in this action upon the entry of an order resolving the priority of interests to the Huntington Beach Property or, if that order has already been entered, upon the entry of the order upon the instant stipulation.

17. The undersigned defendants understand, however, that they remain subject to the jurisdiction of the Court and, on proper notice to their counsel under the Federal Rules of Civil Procedure, they may be required to provide documents, information, or testimony relevant to the issues in the ongoing litigation between plaintiff and the remaining defendants in this case. The undersigned defendants reserve their right to assert objections to any and all requests or demands for the provision of such documents, information, or testimony.

18. In the event that this Stipulation is not entered as an Order of the Court, the contents herein, except with respect to relieving the parties of further participation in this case, shall nevertheless be binding on the undersigned parties.

19. The successors or assignees of the undersigned parties shall be bound

by the terms agreed to in this stipulation.

20. The undersigned parties agree to bear their own costs and attorney's fees as against each other. The undersigned parties reserve their rights to seek costs and fees from others not party to this stipulation.

21. The undersigned defendants agree to be bound by the judgment of the Court as to United States of America's right to judicial foreclosure of its Federal tax liens.

22. Plaintiff agrees that any proposed final Judgment and/or Decree it lodges or files in this case with respect to the foreclosure or judicially ordered sale of the Irvine Property will include and incorporate by reference all of the terms of this Stipulation and attached proposed Order.

**IT IS SO STIPULATED.**

Respectfully submitted,

NICHOLAS S. CHRISOS,
County Counsel

[signature]
MARK BATARSE
Deputy County Counsel
*Attorneys for Orange County Treasurer-Tax Collector*

Date: 11/5/12

______________________
JENNIFER J. MAAS
Wolfe & Wyman LLP
*Attorneys for CitiMortgage, Inc.*

Date:______________

ANDRE BIROTTE, JR.,
United States Attorney
SANDRA R. BROWN,
Asst. U.S. Attorney, Chief, Tax Division

______________________
DANIEL LAYTON Asst. U.S. Attorney
*Attorneys for the United States of America*
Date:______________

KAMALA D. HARRIS
Attorney General of California
W. DEAN FREEMAN
Supervising Deputy Attorney General

______________________
MARLA K. MARKMAN
Deputy Attorney General
*Attorneys for State of California, Franchise Tax Board*
Date:______________

by the terms agreed to in this stipulation.

20. The undersigned parties agree to bear their own costs and attorney's fees as against each other. The undersigned parties reserve their rights to seek costs and fees from others not party to this stipulation.

21. The undersigned defendants agree to be bound by the judgment of the Court as to United States of America's right to judicial foreclosure of its Federal tax liens.

22. Plaintiff agrees that any proposed final Judgment and/or Decree it lodges or files in this case with respect to the foreclosure or judicially ordered sale of the Irvine Property will include and incorporate by reference all of the terms of this Stipulation and attached proposed Order.

**IT IS SO STIPULATED.**

Respectfully submitted,

NICHOLAS S. CHRISOS,
County Counsel

______________________
MARK BATARSE
Deputy County Counsel
*Attorneys for Orange County Treasurer-Tax Collector*

Date:______________

______________________
JENNIFER J. MAAS
Wolfe & Wyman LLP
*Attorneys for CitiMortgage, Inc.*

Date:______________

ANDRE BIROTTE, JR.,
United States Attorney
SANDRA R. BROWN,
Asst. U.S. Attorney, Chief, Tax Division

______________________
DANIEL LAYTON Asst. U.S. Attorney
*Attorneys for the United States of America*
Date:______________

KAMALA D. HARRIS
Attorney General of California
W. DEAN FREEMAN
Supervising Deputy Attorney General

______________________
MARLA K. MARKMAN
Deputy Attorney General
*Attorneys for State of California, Franchise Tax Board*
Date: 11/15/12

by the terms agreed to in this stipulation.

20. The undersigned parties agree to bear their own costs and attorney's fees as against each other. The undersigned parties reserve their rights to seek costs and fees from others not party to this stipulation.

21. The undersigned defendants agree to be bound by the judgment of the Court as to United States of America's right to judicial foreclosure of its Federal tax liens.

22. Plaintiff agrees that any proposed final Judgment and/or Decree it lodges or files in this case with respect to the foreclosure or judicially ordered sale of the Irvine Property will include and incorporate by reference all of the terms of this Stipulation and attached proposed Order.

**IT IS SO STIPULATED.**

Respectfully submitted,

NICHOLAS S. CHRISOS,
County Counsel

_______________________
MARK BATARSE
Deputy County Counsel
*Attorneys for Orange County Treasurer-Tax Collector*

Date:_______________

_______________________
JENNIFER J. MAAS
Wolfe & Wyman LLP
*Attorneys for CitiMortgage, Inc.*

Date: 11-15-12

ANDRE BIROTTE, JR.,
United States Attorney
SANDRA R. BROWN,
Asst. U.S. Attorney, Chief, Tax Division

_______________________
DANIEL LAYTON Asst. U.S. Attorney
*Attorneys for the United States of America*
Date: 11/15/2012

KAMALA D. HARRIS
Attorney General of California
W. DEAN FREEMAN
Supervising Deputy Attorney General

_______________________
MARLA K. MARKMAN
Deputy Attorney General
*Attorneys for State of California, Franchise Tax Board*
Date:_______________

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On **November 16, 2012**, I served

Stipulation as to Lien Priority to Irvine Property Between USA, Orange County Treasurer-Tax Collector, Citimortgage, Inc., and State of California, through its agency The Franchise Tax Board

on the person and entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

SEE ATTACHED.

Date of mailing: **November 16, 2012.**

Place of mailing: Los Angeles, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing if true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **November 16, 2012,** Los Angeles, California.

**MARIA LUISA Q. BULLARD**

USA V. NAGESH SHETTY
SA CV 12-930 DOC(MLGx)


SERVICE LIST:


N. Kelly Hoang
Attorney for Nagesh and Anita Shetty
600 Anton Blvd., 11th Floor
Costa Mesa, CA 92626


Marla K Markman
CAAG - Office of Attorney General of California
Attorneys for the State of California, Franchise Tax Board
300 S. Spring St, Ste 1702
Los Angeles, CA 90013-1230

Mark Batarse
Office of Orange County Counsel
Attorneys for Orange County Treasurer-Tax Collector
P.O. Box 1379
Santa Ana, CA 92702

Jennifer J. Maas, Attorney at Law
WOLFE & WYMAN LLP
Attorneys for CitiMortgage, Inc.
2301 Dupont Drive, Suite 300 • Irvine, CA 92612

Boyd Hudson
Attorney for Richard D'Souza aka Richard DeSouza
251 S. Lake Ave. Ste 930
Pasadena, CA 91101

Sara Firoozeh
**HOUSER**
& ALLISON, APC
Attorneys for U.S. Bank
9970 Research Drive
Irvine, CA 92618

David M. Dudley
3415 S. Sepulveda Blvd., Ste. 320
Los Angeles, CA