Kelly Andrew Beall (SBN 162456)
kabeall@wolfewyman.com
Jennifer J. Maas (SBN 223384)
jjmaas@wolfewyman.com
Jane A. Gaba (SBN 258955)
jagaba@wolfewyman.com
WOLFE & WYMAN LLP
2301 Dupont Drive, Suite 300
Irvine, California 92612-7531
Telephone: (949) 475-9200
Facsimile: (949) 475-9203

Attorneys for Defendant
CITIMORTGAGE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NAGESH SHETTY, as an individual and as trustee of the Shetty Family Trust; ANITA SHETTY, as an individual and as trustee of the Shetty Family Trust; RICHARD D'SOUZA, a.k.a. RICHARD D'SOUSA or RICHARD DE SOUZA; MARIE SHETTY, as successor to the estate of SUBBAYYA SHETTY; MAHABALA SHETTY; OCWEN FINANCIAL COPORATION; DAVID M. DUDLEY; MESA VERDE DRIVE PLAZA, a California General partnership; STATE OF CALIFORNIA, through its agency THE FRANCHISE TAX BOARD; ORANGE TREASURER-TAX COLLECTOR; UNITED MERCHANTS ASSOCIATION, a California Corporation; MIDFIRST BANK; NCO PORTFOLIO MANAGEMENT; CITIMORTGAGE, INC.; and CAPITAL ONE,<br><br>　　　　　Defendants. | Case No. SACV12-930 DOC (MLGx)<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>[Fed. R. Civ. Pro. Rule 7.1]<br><br>Action Filed: June 11, 2012 |

Pursuant to *Federal Rules of Civil Procedure*, Rule 7.1, the undersigned counsel for Defendant CITIMORTGAGE, INC. ("CMI"), certifies that, in addition to the named parties to this action, the following listed associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (1) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (2) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Defendant CitiMortgage, Inc., is a New York corporation and is wholly owned by Citibank Domestic Investment Corp.;
2. Citibank Domestic Investment Corp. is a Delaware corporation and is wholly owned by Citibank, N.A.;
3. Citibank, N.A. is chartered under the National Bank Act and is wholly owned by Citicorp Holdings, Inc.;
4. Citicorp Holdings, Inc., is a Delaware corporation and is wholly owned by Citigroup, Inc.; and
5. Citigroup, Inc., is a Delaware corporation and its shares are publicly traded.

The undersigned further certifies that, based upon information and belief, there are no additional known interested parties, other than those identified in the above-captioned action.

DATED: November 19, 2012         WOLFE & WYMAN LLP

By:   /s/ Jane A. Gaba
      KELLY A. BEALL
      JENNIFER J. MAAS
      JANE A. GABA
Attorneys for Defendant
**CITIMORTGAGE, INC.**

**SERVICE LIST**
**USDC-Central District- Case No. 8:12-cv-00930-DOC-MLGx**
**UNITED STATES OF AMERICA v. NAGESH SHETTY, et al.**
**W&W File No. 1133-1037**
**[Revised: October 18, 2012]**

| | |
|---|---|
| Andre Birotte, Jr., Esq.<br>United States Attorney<br>Sandra R. Brown, Esq.<br>Assistant United States Attorney<br>Chief, Tax Division<br>Daniel Layton, Esq.<br>Assistant United States Attorney<br>Room 7211 Federal Building<br>300 North Los Angeles Street<br>Los Angeles. CA  90012 | Attorneys for Plaintiff **UNITED STATES OF AMERICA**<br>Tel: (213) 894-6165; Fax: (213) 894-0115<br>Email:  Daniel.Layton@usdoj.gov |
| Marla K. Markman, Esq.<br>Office of the Attorney General of California<br>300 S. Spring Street, Suite 1702<br>Los Angeles. CA  90013-1230 | Attorneys for Defendant **STATE OF CALIFORNIA through its agency THE FRANCHISE TAX BOARD**<br>Tel:  (213) 897-2491<br>Email:  mala.markman@doj.ca.gov |
| Marisa Matsumura, Esq.<br>Marisa Matsumura Law Offices<br>1743 Learning Pine Drive<br>Diamond Bar, CA  91765 | Attorneys for Defendant **ORANGE COUNTY TREASURER-TAX COLLECTOR**<br>Tel:  (415) 846-8028<br>Email: marisa.matsmura@coco.ocgov.com |
| Sara Firoozeh, Esq.<br>HOUSER & ALLISON, APC<br>9970 Research Dr<br>Irvine, CA 92618 | Attorneys for Defendant **U.S. BANK, N.A. AS TRUSTEE FOR THE REGISTERED HOLDERS OF STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-TC1**<br><br>Tel: (949) 679-1111; Fax: (949) 679-1112<br>E-Mail: sfiroozeh@houser-law.com |
| David M. Dudley | In *Pro Se*<br><br>E-Mail: fedcrimlaw@hotmail.com |

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

1205347.1

## PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss. 
COUNTY OF ORANGE )

I, Cindy Gonzales, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2301 Dupont Drive, Suite 300, Irvine, California 92612-7531.

On November 19, 2012, I served the document(s) described as **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** on all interested parties in said action on the ATTACHED SERVICE LIST.

☒ **BY ELECTRONIC ACCESS** Pursuant to Electronic Filing Court Order, I hereby certify that the above document(s) was uploaded to the CM-ECF website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☒ **FEDERAL** I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on November 19, 2012, at Irvine, California.


Cindy Gonzales