ANDRE BIROTTE, JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (SBN 240763)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-6165
    Facsimile: (213) 894-0115
    Email: Daniel.Layton@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) No. SACV12-930 DOC (MLGx) |
|---|---|
|     Plaintiff, | ) STIPULATION BETWEEN |
| vs. | ) PLAINTIFF UNITED STATES OF ) AMERICA AND DEFENDANT |
| NAGESH SHETTY, et al., | ) RICHARD D'SOUZA, aka RICHARD ) D'SOUSA OR RICHARD DE SOUZA ) REGARDING ENTRY OF DEFAULT |
|     Defendants. | ) AND DEFAULT JUDGMENT; ) [proposed] ORDER lodged concurrently ) herewith |

    Plaintiff United States of America ("**United States**" or "**plaintiff**") and defendant Richard D'Souza, a.k.a. Richard D'Sousa or Richard De Souza, (hereinafter "**De Souza**") through their undersigned counsel, stipulate as follows:

    1.    On June 11, 2012, plaintiff filed its COMPLAINT (1) TO REDUCE JOINT FEDERAL TAX ASSESSMENTS TO JUDGMENT; (2) FOR A DETERMINATION THAT REAL PROPERTY IS TITLED TO RICHARD D'SOUZA AS NOMINEE OR IN RESULTING TRUST FOR THE BENEFIT OF NAGESH SHETTY AND ANITA SHETTY; (3) TO SET ASIDE FRAUDULENT TRANSFER OF REAL PROPERTY FROM NAGESH SHETTY AND ANITA

1

SHETTY TO RICHARD D'SOUZA; and (4) TO FORECLOSE FEDERAL TAX LIENS ON REAL PROPERTIES (hereinafter "Complaint").

2. Defendant De Souza was served with the Summons and Complaint in this case on October 3, 2012.

3. By way of a stipulation to extend time pursuant to Local Rule 8-3 by not more than 30 days, the last day for defendant De Souza to respond, answer or otherwise appear in this case is November 23, 2012.

4. Defendant De Souza asserts that he has no intention of filing an answer, response, or otherwise appearing in this action.

5. Defendant De Souza agrees that, after November 23, 2012, the Court may enter default against defendant De Souza for his failure to answer the Complaint and may enter default judgment against him, in favor of the United States, on all causes of action to which defendant De Souza is named a defendant.

6. A proposed order is lodged herewith.

IT IS SO STIPULATED.

Respectfully submitted,

BOYD D. HUDSON
Cal. Bar No. 86112
*Attorney for Defendant*
Richard D'Souza, a.k.a.
Richard D'Sousa or Richard De Souza

Date: Nov. 21, 2012

ANDRÉ BIROTTE, JR.,
United States Attorney
SANDRA R. BROWN,
Asst. U.S. Attorney, Chief, Tax Division

DANIEL LAYTON
Assistant United States Attorney
*Attorneys for the United States of America*

Date: 11/21/2012