Name & Address:
NICHOLAS S. CHRISOS, COUNTY COUNSEL
and MARISA MATSUMARA, DEPUTY -- State Bar No. 245119
333 West Santa Ana Blvd., Suite 407
Post Office Box 1379
Santa Ana, California 92702-1379
Telephone: (714) 834-6297
Facsimile: (714) 834-2359

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 8:12-cv-00930-DOC-MLG |
| v. | |
| Nagesh Shetty, et al | NOTICE OF CHANGE OF ATTORNEY INFORMATION |
| DEFENDANT(S). | |

**The following information must be provided:**
I, Marisa Matsumara, 245119, Marisa.matsumara@coco.ocgov.com
    *Name*    *CA Bar ID Number*    *E-mail Address*

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

Orange County Treasurer-Tax Collector

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☒ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ **TO UPDATE NAME OR FIRM INFORMATION:**
   ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
      PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

☐ **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX
   ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
   ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE , G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
New E-mail address _____

☑ TO BE REMOVED FROM THE CASE:   **

    ☑ I am ☑ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

    ☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____.

    ☑ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

    ☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

** This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01 ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: November 28, 2012                               /s/ Marisa Matsumara
                                                                             *Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE:** CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83-2.7.

## CERTIFICATE OF SERVICE

    I do hereby declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Suite 407, Santa Ana, California 92702-1379. I am not a party to the within action.

    I hereby certify that I caused the foregoing **NOTICE OF CHANGE OF ATTORNEY INFORMATION** to be served on November 28, 2012, upon all counsel of record listed below by U.S. Mail and electronic filing utilizing the U.S.D.C.'s CM/ECF:

| | | |
|---|---|---|
| **N. Kelly Hoang**<br>600 Anton Blvd., 11th Floor<br>Costa Mesa, CA 92626<br>kellyhoanglaw@sbcglobal.net | Representing | **Nagesh and Anita Shetty** |
| **Marla K. Markman**<br>CAAG – Office of Attorney General of California<br>300 S. Spring Street, Suite 1702<br>Los Angeles, CA 90013-1230<br>Marla.markman@doj.ca.gov | Representing | **State of California, Franchise Tax Board** |
| **Jennifer J. Maas**<br>WOLFE & WYMAN LLP<br>2301 Dupont Drive, Suite 300<br>Irvine, CA 92612<br>jjmaas@wolfewyman.com | Representing | **CitiMortgage, Inc.** |
| **Daniel W. Layton**<br>AUSA – U.S. Attorney's Office<br>Tax Division<br>300 North Los Angeles Street, Room 7211<br>Los Angeles, CA 90012<br>Daniel.layton@usdoj.gov | Representing | **Petitioner** |
| **Boyd Hudson**<br>251 S. Lake Ave., Suite 930<br>Pasadena, CA 91101 | Representing | **Richard D'Souza aka Richard DeSouza**<br><br>(Via U.S. Mail) |
| | | |

| | | |
|---|---|---|
| **Sara Firoozeh**<br>HOUSER & ALLISON, APC<br>9970 Research Drive<br>Irvine, CA 92618 | Representing | **U.S. Bank**<br><br>(Via U.S. Mail) |
| **David M. Dudley**<br>3415 S. Sepulveda Blvd., Ste 320<br>Los Angeles, CA 90034 | | (Via U.S. Mail) |

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed in Santa Ana, California this 28th day of November, 2012.

_Kayla Martin_
Kayla Martin