UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 12-0930-DOC(MLGx)                                    Date   November 28, 2012

Title   UNITED STATES OF AMERICA -V- NAGESH SHETTY, ETC., ET AL.

---

Present: The Honorable   DAVID O. CARTER, U.S. District Judge

| Julie Barrera | C/S 11/28/12 | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Daniel Layton, DOJ | Elisa B. Wolfe-Donato |
| | N. Kelly Hoang |
| | Mark Batarse |
| | Sara Firoozeh |

Proceedings:   SCHEDULING CONFERENCE

The matter is called. Counsel state their appearances. The Court conducts the Scheduling Conference. The Court sets the following case management dates:

The Court sets the following case management dates:

>   Discovery Cut Off           -   <u>11-25-2013</u>
>
>   Motion Cut Off              -   <u>02-10-2014</u> at 8:30 a.m.
>
>   Final Pre Trial Conference  -   <u>03-31-2014</u> at 8:30 a.m.
>
>   Jury Trial                  -   <u>04-22-2014</u> at 8:30 a.m.

Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule16-15.4 is the Magistrate Judge Goldman. Counsel are directed to contact the Magistrate Judge Deputy Courtroom Clerk to obtain a settlement conference date.

Pretrial Scheduling Order signed and filed this date. Any unserved Does/Roes are dismissed at this time.

cc: ADR

                                                                          :   07

                                    Initials of Preparer       jcb