1  Eric D. Houser, Esq. (SBN 130079)
   Sara Firoozeh, Esq. (SBN 259741)
2  HOUSER & ALLISON
   A Professional Corporation
3  9970 Research Drive
   Irvine, California 92618
   Telephone:     (949) 679-1111
4  Facsimile:     (949) 679-1112
   E-Mail: sfiroozeh@houser-law.com
5
   Attorneys for Defendant, U.S. BANK, N.A. AS TRUSTEE FOR THE REGISTERED
6  HOLDERS OF STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-
   THROUGH CERTIFICATES, SERIES 2007-TC1 (erroneously/formerly sued as Ocwen
7  Financial Corporation)

8                    UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

10 | UNITED STATES OF AMERICA,            )  CASE NO.: SACV12-930 DOC(MLGx)
                                          )
11 |              Plaintiff,              )
                                          )
12 |     vs.                              )  **U.S. BANK, N.A. AS TRUSTEE FOR THE**
                                          )  **REGISTERED HOLDERS OF**
13 | NAGESH SHETTY, as an individual and as )  **STRUCTURED ASSET SECURITIES**
   trustee of the Shetty Family Trust; ANITA )  **CORPORATION MORTGAGE PASS-**
14 | SHETTY, as an individual and as trustee of the )  **THROUGH CERTIFICATES, SERIES**
   Shetty Family Trust; RICHARD D'SOUZA, )  **2007-TC1 (erroneously sued as Ocwen**
15 | a.k.a. RICHARD D'SOUSA or RICHARD DE )  **Financial Corporation) CERTIFICATE OF**
   SOUZA; MARIE SHETTY, as successor  to )  **INTERESTED PARTIES**
16 | the estate of SUBBAYYA SHETTY;       )
   MAHABALA SHETTY; OCWEN              )  Action Filed: June 11, 2012
17 | FINANCIAL CORPORATION; DAVID M.    )
   DUDLEY; MESA VERDE DRIVE PLAZA, a   )
18 | California General Partnership; STATE OF )
   CALIFORNIA, through its agency THE    )
19 | FRANCHISE TAX BOARD; ORANGE        )
   COUNTY TREASURER-TAX               )
20 | COLLECTOR; UNITED MERCHANTS       )
   ASSOCIATION, a California Corporation; )
21 | MIDFIRST BANK; NCO PORTFOLIO       )
   MANAGEMENT; CITIMORTGAGE, INC.;    )
22 | and CAPITAL ONE,                     )
                                          )
23 |              Defendants.            )
                                          )
24                                        )

25

26                  CERTIFICATE OF INTERESTED PARTIES
                                  1

**TO THE COURT AND ALL PARTIES OF RECORD:**

Defendant, U.S. BANK, N.A. AS TRUSTEE FOR THE REGISTERED HOLDERS OF STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-TC1 (erroneously/formerly sued as Ocwen Financial Corporation) ("US Bank"), by and through its undersigned counsel, pursuant to F.R.C.P. 7.1, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. U.S. BANK, N.A. AS TRUSTEE FOR THE REGISTERED HOLDERS OF STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-TC1 – Defendant

2. OCWEN LOAN SERVICING, LLC – Subsidiary of formerly named Defendant, Ocwen Financial Corporation

3. OCWEN FINANCIAL CORPORATION – Formerly named Defendant

These representations are made to enable the Court to evaluate possible disqualification or recusal. US Bank reserves the right to supplement the above in the event it may be deemed warranted upon further discovery.

Dated: December 10, 2012                 **HOUSER & ALLISON, APC**


By: /s/Sara Firoozeh_____
Sara Firoozeh
Attorneys for Defendant,
U.S. BANK, N.A. AS TRUSTEE FOR THE
REGISTERED HOLDERS OF STRUCTURED
ASSET SECURITIES CORPORATION
MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2007-TC1 (erroneously/formerly sued as
Ocwen Financial Corporation)

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA                    ) |
| | ) SS |
| 3 | COUNTY OF ORANGE                       ) |

4       I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 9970 Research Drive, Irvine, CA

5   92618.

6       On December 10, 2012, I served the following document(s) described as follows:

7   **U.S. Bank, N.A. as Trustee for the Registered Holders of Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-TC1 (erroneously sued as**

8   **Ocwen Financial Corporation) Certificate of Interested Parties**

9       On the following interested parties in this action:

10   Please see attached mailing list.

11   [ X ]   **VIA FIRST CLASS MAIL:** CCP §§ 1013(a); 2015.5: By placing a true copy thereof

12   enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices.  I am readily familiar with my firm's business

13   practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States

14   Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

15   [ X ]     **VIA ELECTRONIC SERVICE:** Pursuant to CM/ECF System, registrations as a

16   CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  The Court's CM/ECF systems sends an email notification of the filing to the parties

17   and counsel listed who are registered with the Court's CM/ECF system.

18       I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

19   Executed on December 10, 2012 at Irvine, California.

20

21

22   Tami Krogle

23

24

25

26                                    **CERTIFICATE OF INTERESTED PARTIES**
                                                       1

**MAILING LIST**

**Daniel W. Layton**
AUSA – US Attorney's Office – Tax Division
300 North Los Angeles Street, Room 7211
Los Angeles, CA 90012
Daniel.layton@usdoj.gov
*Petitioner*

**N. Kelly Hoang**
600 Anton Blvd, 11th Floor
Costa Mesa, CA 92626
kellyhoanglaw@sbcglobal.net
*Representing Nagesh and Anita Shetty*

**Jennifer J. Maas**
Wolfe & Wyman LLP
2301 Dupont Drive, Suite 300
Irvine, CA 92612
jjmaas@wolfewyman.com
*Representing CitiMortgage, Inc.*

**Mark A Batarse**
Office of County Counsel
333 West Santa Ana Boulevard, Suite 407
Santa Ana, CA 92701
mark.batarse@coco.ocgov.com
*Representing Orange County Treasurer, Tax Collector*

**Marla K Markman**
CAAG - Office of Attorney General of California
300 S Spring St, Ste 1702
Los Angeles, CA 90013-1230
marla.markman@doj.ca.gov
*Representing State of CA, Franchise Tax Board*

**Boyd Hudson**
251 S. Lake Avenue, Suite 930
Pasadena, CA 91101
*Representing Richard D'Souza/Richard DeSouza*

**David Dudley**
3415 S. Sepulveda Blvd, Suite 320
Los Angeles, CA 90034

**CERTIFICATE OF INTERESTED PARTIES**

2