N. KELLY HOANG LAW FIRM
N. KELLY HOANG, ESQ. (CA Bar No. 195816)
Plaza Tower
600 Anton Blvd., 11th Floor
Costa Mesa, CA 92626
Telephone: (714) 545-1016
Facsimile: (714) 545-5048
Email: kellyhoanglaw@sbcglobal.net

Attorney for Defendants
NAGESH and ANITA SHETTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| United States of America, | NO. SACV 12-930 DOC (MLGx) |
|---|---|
| Plaintiff, | |
| vs. | **SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INTIAL COMPLAINT; [PROPOSED] ORDER LODGED CONCURRENTLY** |
| Nagesh Shetty, et al., | **Complaint Served:** 10/24/12 |
| Defendants. | **Current Response Date:** 12/14/12 |
| | **New Response Date:** 01/22/13 |

The parties by and through their respective counsel hereby stipulate as follows:

1. Defendants Nagesh and Anita Shetty require additional time to answer the Complaint (1) To Reduce Federal Tax Assessments to Judgment; (2) For a Determination that Real Property is Titled to Richard D'Souza as Nominee or in Resulting Trust for the Benefit of Nagesh Shetty and Anita Shetty; (3) To Set Aside Fraudulent Transfer of Real Property from Nagesh Shetty and Anita Shetty to Richard D'Souza; and (4) To Foreclose Federal Tax Liens on Real Properties (the "Complaint") filed by

1 plaintiff United States of America on or about June 11, 2012
2 (the "Complaint").
3     2. The holidays are quickly approaching with staff
4 unavailability becoming an issue.
5     3. Thus, defendants Nagesh and Anita Shetty shall have up
6 to and including January 22, 2013, to answer the Complaint.
7     4. A proposed order is concurrently lodged herewith.
8 **IT IS SO STIPULATED.**
9 Respectfully submitted,

11 Dated: December 10, 2012   **N. KELLY HOANG LAW FIRM**

13 _____
N. Kelly Hoang, Esq.

Attorney for Defendants
Nagesh and Anita Shetty

16 Dated: December 10, 2012   **ANDRÉ BIROTTE, JR.**
17 United States Attorney
**SANDRA R. BROWN**
18 Assistant United States Attorney
Chief, Tax Division

_____
21 Daniel Layton
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

-2-