ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (SBN 240763)
Assistant United States Attorney
   Room 7211 Federal Building
   300 North Los Angeles Street
   Los Angeles, CA 90012
   Telephone: (213) 894-6165
   Facsimile: (213) 894-0115
   Email: Daniel.Layton@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SACV12-930 DOC (MLGx) |
|    Plaintiff, | APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT RICHARD D'SOUZA, a.k.a. RICHARD D'SOUSA or RICHARD DE SOUZA |
| vs. | |
| NAGESH SHETTY, et al., | |
|    Defendants. | |

**To the Clerk of the Court:**

    The United States of America requests that the Clerk enter default against defendant RICHARD D'SOUZA, a.k.a. RICHARD D'SOUSA or RICHARD DE SOUZA for his failure to file an answer to the Complaint.

    1. On October 3, 2012, copies of the complaint and summons were personally served upon defendant RICHARD D'SOUZA, a.k.a. RICHARD D'SOUSA or RICHARD DE SOUZA pursuant to Federal Rule of Civil Procedure 4(f)(1) and Articles 3, 5, and 6 of the

Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("**the Convention**").

2. On November 6, 2012, the United States of America filed a Notice of Service of Summons and Complaint Pursuant to Fed. R. Civ. P. 4(f)(1) with respect to defendant RICHARD D'SOUZA, a.k.a. RICHARD D'SOUSA or RICHARD DE SOUZA, with the certificate of service pursuant to Article 6 of the Convention, at Document Number 54 of the ECF, a copy of which is attached to the accompanying declaration at **Exhibit A**.

3. Pursuant to Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, and the language on the summons, defendant RICHARD D'SOUZA, a.k.a. RICHARD D'SOUSA or RICHARD DE SOUZA had twenty-one (21) days to answer or otherwise respond to the Complaint, which fell on October 24, 2012.

4. The last day for defendant RICHARD D'SOUZA, a.k.a. RICHARD D'SOUSA or RICHARD DE SOUZA, was extended to November 23, 2012, by way of a stipulation pursuant to Local Rule 8-3.

5. November 23, 2012, was the last day for defendant RICHARD D'SOUZA, a.k.a. RICHARD D'SOUSA or RICHARD DE SOUZA, to file a timely Answer or otherwise respond to the Complaint.

6. As of the date of this request, defendant RICHARD D'SOUZA, a.k.a. RICHARD D'SOUSA or RICHARD DE SOUZA, has failed to plead or otherwise defend against the Complaint.

7. By way of a STIPULATION BETWEEN PLAINTIFF UNITED STATES OF AMERICA AND DEFENDANT RICHARD D'SOUZA, aka RICHARD D'SOUSA OR RICHARD DE SOUZA REGARDING ENTRY OF DEFAULT AND DEFAULT JUDGMENT filed with the Court on November 27, 2012,

defendant RICHARD D'SOUZA, a.k.a. RICHARD D'SOUSA or RICHARD DE SOUZA, agreed that, after November 23, 2012, the Court may enter default against him for his failure to answer the Complaint. See ECF Document 65, ¶ 4.

8. Pursuant Rule 55(a) of the Federal Rules of Civil Procedure, the plaintiff United States of America requests that the Clerk of the Court enter default against defendant RICHARD D'SOUZA, a.k.a. RICHARD D'SOUSA or RICHARD DE SOUZA, in this case for failure to answer, plead, or otherwise defend against the complaint filed in this action.

9. The above-stated facts are set forth in the accompanying Declaration of Assistant United States Attorney, filed herewith in accordance with Fed. R. Civ. P. 55(a).

Respectfully Submitted,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

12/10/2012

DANIEL LAYTON
Assistant United States Attorney
Attorneys for the United States

**DECLARATION OF ASSISTANT UNITED STATES ATTORNEY**

Pursuant to 28 U.S.C. 1746, I declare and state as follows:

1. I, Daniel Layton, I am over 18 years of age and am competent to testify to the facts set forth in this declaration.

2. I am a member of the bar of this Court and I am currently an Assistant United States Attorney in the Tax Division of the United States Attorney's Office for the Central District of California.

3. In my capacity as an Assistant U.S. Attorney, I am the attorney assigned to represent the United States in this matter at case number SACV12-930 DOC (MLGx).

4. As shown in the proof of service lodged with the Court on November 6, 2012, at ECF Document 54, (a copy of which is attached to this declaration as **Exhibit A**) on October 3, 2012, copies of the complaint and summons were personally served upon defendant RICHARD D'SOUZA, a.k.a. RICHARD D'SOUSA or RICHARD DE SOUZA pursuant to Federal Rule of Civil Procedure 4(f)(1) and Articles 3, 5, and 6 of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("**the Convention**").

5. Pursuant to Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, and the language on the summons, defendant RICHARD D'SOUZA, a.k.a. RICHARD D'SOUSA or RICHARD DE SOUZA had twenty-one (21) days to answer or otherwise respond to the Complaint, which fell on October 24, 2012.

6. The last day for defendant RICHARD D'SOUZA, a.k.a. RICHARD D'SOUSA or RICHARD DE SOUZA, was extended to November 23, 2012, by way of a stipulation pursuant to Local Rule 8-3.

7. November 23, 2012, was the last day for defendant RICHARD D'SOUZA, a.k.a. RICHARD D'SOUSA or RICHARD DE SOUZA, to file a timely Answer or otherwise respond to the Complaint.

8. To date, defendant RICHARD D'SOUZA, a.k.a. RICHARD D'SOUSA or RICHARD DE SOUZA, has failed to plead or otherwise defend against the Complaint.

9. By way of a STIPULATION BETWEEN PLAINTIFF UNITED STATES OF AMERICA AND DEFENDANT RICHARD D'SOUZA, aka RICHARD D'SOUSA OR RICHARD DE SOUZA REGARDING ENTRY OF DEFAULT AND DEFAULT JUDGMENT filed with the Court on November 27, 2012, defendant RICHARD D'SOUZA, a.k.a. RICHARD D'SOUSA or RICHARD DE SOUZA, agreed that, after November 23, 2012, the Court may enter default against him for his failure to answer the Complaint. See ECF Document 65, ¶ 4.

I declare, in the State of California, under penalty of perjury, that the foregoing is true and correct.

Date: 12/10/2012

_____
DANIEL LAYTON
Assistant United States Attorney

# EXHIBIT A

ANDRÉ BIROTTE, JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (SBN 240763)
Assistant United States Attorney
Room 7211 Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012
T:(213) 894-6165 F:(213) 894-0115
Email: Daniel.Layton@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NAGESH SHETTY, et al.,<br><br>    Defendants. | Case No. SACV12-930-DOC (MLGx)<br><br>Notice of Lodging Proof of Service of Summons and Complaint Pursuant to Fed. R. Civ. P. 4(f)(1) |

Please take notice that on October 3, 2012, defendant RICHARD D'SOUZA, a.k.a. RICHARD D'SOUSA or RICHARD DE SOUZA was personally served with the Summons and Complaint in this case pursuant to Fed. R. Civ. P. 4(f)(1) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. Service (Fed. R. Civ. P. 4(l)(2)(A)) pursuant to the Hague Convention is proven by the CERTIFICATE attached hereto.

                                            ANDRE BIROTTÉ, JR.
                                            United States Attorney
                                            SANDRA R. BROWN
                                            Assistant United States Attorney
                                            Chief, Tax Division

Dated: 11/5/2012                  DANIEL LAYTON
                                            Assistant United States Attorney
                                            Attorneys for United States of America



1

# CERTIFICATE
## *ATTESTATION*

The undersigned has the honour to certify, in conformity with article 6 of the Convention,
*L' autorité soussignée à l'honneur d'attester conformément à l'article 6 de la dite Convention.*

1. that the document has been served *
1. *que la demande a executée*

    the (date)     - *la (date)*     Wednesday 3rd October 2012

    at (place, street, number)  - *a (localité, rue, numéro)*  7080 Warden Avenue, Markham, Ontario

- in one of the following methods authorized by article 5:
- *dans une formes suivantes prévues à l'article 5:*

    ☐  (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        *a) selon les formes légales (article 5, alinéa premier, lettre a) de la dite Convention*

    X  (b) in accordance with the following particular method:
        *b) selon la forme particuliére suivante:*    **personal service**

    ☐  (c) by delivery to the addressee, who accepted it voluntarily.*
        *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(Identité et qualité; de la personne)*

**Mr. Richard DESOUZA (aka D'SOUZA, D'SOUSA, DE SOUZA) – adult male**

- relationship to the addressee (family, business or other):
- *liens de parente de subordination ou ourres. Avec le desitruiraire de l'acte*

**Intended recipient**

2) that the document has not been served, by reason of the following facts*:

2. *que la demande n'a pas ele execute, en raison des faits suivants:+*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expences detailed in The attached statement*
*Conformement a l'article 12, alinea 2, de lad??e Convention, le requerani est prie de payer ou de rembourser les frais don't le detail figure au memoire ci-loin?.*

Annexes
*Annexes*

Documents returned:
*pieces renvoyees*
                See Request

In appropriate cases, documents establishing the service:
*Le cas echean?, les documntsjus?i?ican?s de l'execution:*

Done at Newmarket, Ontario - the 3rd October 2012
*Fait 'a*

Signature and/or stamp
*Signature et/ou cachet.*

B. G. SHAW
**Court Enforcement Officer**
**Regional Municipality of York**

U.S. Department of Justice
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| United States Attorney's Office, C.D. Cal.<br>Daniel Layton, Asst. U.S. Att., Tax Division<br>Federal Building, Suite 7211<br>300 N. Los Angeles Street<br>Los Angeles, CA, 90012<br>USA | Ministry of the Attorney General<br>Courts Administration<br>Court House (Provincial Division)<br>393 Main Street<br>Haileybury, Ontario, Canada P0J 1K0 |

The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
**(identity and address)**
*Le requérant soussigné a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
*(identité et adresse)*

-RICHARD DESOUZA- Richard D'Souza, a.k.a. Richard D'Sousa or Richard De Souza
72 Wilclay Ave, Markham, Ontario, Canada   L3S 1R1

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5 alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

   _____
   _____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1) SACV12-930-DOC (MLGx) - COMPLAINT

2) SACV12-930-DOC (MLGx) - SUMMONS

Done at 6th of September , the 2012
*Fait à* _____ *, le* _____

Signature and/or stamp
*Signature et/ou cachet*

Daniel Layton

*Delete if inappropriate
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

Case 8:12-cv-00930-DOC-MLG Document 54 Filed 11/06/12 Page 3 of 3 Page ID #:374

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On **December 11, 2012**, I served

Application for Entry of Default Against Defendant Richard D'Souza, a.k.a. Richard D'Sousa or Richard De Souza

on the person and entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

SEE ATTACHED.

Date of mailing: **December 11, 2012.**

Place of mailing: Los Angeles, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing if true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **December 11, 2012,** Los Angeles, California.

MARIA LUISA Q. BULLARD

USA V. NAGESH SHETTY
SA CV 12-930 DOC(MLGx)


SERVICE LIST:

Boyd Hudson
Attorney for Richard D'Souza
aka Richard D'Sousa or Richard De Souza
251 S. Lake Ave., Suite 930
Pasadena, CA 91101

Richard D'Souza
aka Richard D'Sousa or Richard De Souza
72 Wilclay Avenue
Markham, Ontario, Canada L3S 1R1

N. Kelly Hoang
Attorney for Nagesh and Anita Shetty
600 Anton Blvd., 11th Floor
Costa Mesa, CA 92626

Marla K Markman
CAAG - Office of Attorney General of California
Attorneys for the State of California, Franchise Tax Board
300 S. Spring St, Ste 1702
Los Angeles, CA 90013-1230

Mark Batarse
Office of Orange County Counsel
Attorneys for Orange County Treasurer-Tax Collector
P.O. Box 1379
Santa Ana, CA 92702

Jennifer J. Maas, Attorney at Law
WOLFE & WYMAN LLP
Attorneys for CitiMortgage, Inc.
2301 Dupont Drive, Suite 300 • Irvine, CA 92612

Sara Firoozeh
**HOUSER**
**& ALLISON, APC**
Attorneys for U.S. Bank
9970 Research Drive
Irvine, CA 92618

David M. Dudley
3415 S. Sepulveda Blvd., Ste. 320
Los Angeles, CA