1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   DANIEL LAYTON (SBN 240763)
4  Assistant United States Attorney
      Room 7211 Federal Building
5     300 North Los Angeles Street
      Los Angeles, CA 90012
6     Telephone: (213) 894-6165
      Facsimile: (213) 894-0115
7     Email: Daniel.Layton@usdoj.gov
   Attorneys for United States of America
8
9              UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA
10                SOUTHERN DIVISION

11 UNITED STATES OF AMERICA,        ) Case No. SACV12-930 DOC (MLGx)
                                    )
12      Plaintiff,                  ) REQUEST FOR CLERK'S ENTRY OF
                                    ) DEFAULT AGAINST DEFENDANT MESA
13      vs.                         ) VERDE PLAZA, LP, AS SUCCESSOR
                                    ) IN INTEREST TO MESA VERDE DRIVE
14 NAGESH SHETTY, et al.,           ) PLAZA, A CALIFORNIA GENERAL
                                    ) PARTNERSHIP
15      Defendants.                 )
                                    )
16 _____ )

17 TO: THE CLERK OF THE ABOVE-ENTITLED COURT

18      The United States of America requests that the clerk enter

19 default against defendant MESA VERDE PLAZA, LP, AS SUCCESSOR IN

20 INTEREST TO MESA VERDE DRIVE PLAZA, A CALIFORNIA GENERAL

21 PARTNERSHIP, for its failure to answer the Complaint.   In

22 support of this request, the United States alleges the

23 following:

24      1. Defendant MESA VERDE PLAZA, LP, AS SUCCESSOR IN INTEREST

25 TO MESA VERDE DRIVE PLAZA, A CALIFORNIA GENERAL PARTNERSHIP, was

26 made a party in this case by the Court's ORDER TO SUBSTITUTE

27 MESA VERDE PLAZA, LP, AS SUCCESSOR IN INTEREST TO MESA VERDE

28 DRIVE PLAZA, A CALIFORNIA GENERAL PARTNERSHIP, AS A PARTY FOR

                               1

DEFENDANT MESA VERDE DRIVE PLAZA, A CALIFORNIA GENERAL PARTNERSHIP dated October 5, 2012, at ECF Document 38.  A copy of this order is attached to the accompanying declaration as **Exhibit B**. A copy of this order was served upon the newly substituted defendant as shown in the proof of service filed at ECF Doc. 40.

2. On September 28, 2012, defendant MESA VERDE PLAZA, LP, AS SUCCESSOR IN INTEREST TO MESA VERDE DRIVE PLAZA, A CALIFORNIA GENERAL PARTNERSHIP, was served as set forth in Fed. R. Civ. P. 4(e)(1) and Cal. Code. Civ. Proc. § 415.30 by notice and acknowledgement of receipt of the Summons and Complaint, executed by Mark Les, General Partner, "GP."  The NOTICE OF ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT proving service was filed with the Court on October 11, 2012, at ECF Doc. 39, a copy of which is attached to the accompanying declaration at **Exhibit A**.

3. Under Fed. R. Civ. P. 4(e)(3), defendant MESA VERDE PLAZA, LP, AS SUCCESSOR IN INTEREST TO MESA VERDE DRIVE PLAZA, A CALIFORNIA GENERAL PARTNERSHIP, then had 60 days to answer or otherwise respond to the Complaint.  This time period expired on November 27, 2012.

4.  To date, defendant MESA VERDE PLAZA, LP, AS SUCCESSOR IN INTEREST TO MESA VERDE DRIVE PLAZA, A CALIFORNIA GENERAL PARTNERSHIP, has failed to appear, answer or otherwise respond to the Complaint as prescribed by the Federal Rules of Civil Procedure.

1    5.   The above-stated facts are set forth in the

2   accompanying Declaration of Assistant United States Attorney,

3   filed herewith in accordance with Fed. R. Civ. P. 55(a).

4                        Respectfully submitted,

5   DATE: 12/10/2012    ANDRÉ BIROTTE JR., United States Attorney

6                        DANIEL LAYTON, Asst. U.S. Attorney

7                        Attorneys for the United States of America

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**DECLARATION OF ASSISTANT UNITED STATES ATTORNEY**

Pursuant to 28 U.S.C. 1746, I declare and state as follows:

1.  I, Daniel Layton, am over 18 years of age and am competent to testify to the facts set forth in this declaration.

2.  I am a member of the bar of this Court and I am currently an Assistant United States Attorney in the Tax Division of the United States Attorney's Office for the Central District of California.

3.  In my capacity as an Assistant U.S. Attorney, I am the attorney assigned to represent the United States in this matter at case number SACV12-930 DOC (MLGx).

4. Defendant MESA VERDE PLAZA, LP, AS SUCCESSOR IN INTEREST TO MESA VERDE DRIVE PLAZA, A CALIFORNIA GENERAL PARTNERSHIP, was made a party in this case by the Court's ORDER TO SUBSTITUTE MESA VERDE PLAZA, LP, AS SUCCESSOR IN INTEREST TO MESA VERDE DRIVE PLAZA, A CALIFORNIA GENERAL PARTNERSHIP, AS A PARTY FOR DEFENDANT MESA VERDE DRIVE PLAZA, A CALIFORNIA GENERAL PARTNERSHIP dated October 5, 2012, at ECF Document 38(a copy of which is attached hereto as **Exhibit B**). A copy of this order was served upon the newly substituted defendant as shown in the proof of service filed at ECF Doc. 40.

5. As shown in the NOTICE OF ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT filed with the Court on October 11, 2012, at ECF Doc. 39 (a copy of which is attached hereto as **Exhibit A**), on September 28, 2012, defendant MESA VERDE PLAZA, LP, AS SUCCESSOR IN INTEREST TO MESA VERDE DRIVE PLAZA, A CALIFORNIA GENERAL PARTNERSHIP, was served as set forth in Fed. R. Civ. P.

4(e)(1) and Cal. Code. Civ. Proc. § 415.30 by notice and acknowledgement of receipt of the Summons and Complaint, executed by Mark Les, General Partner, "GP."

6. Under Fed. R. Civ. P. 4(e)(3), defendant MESA VERDE PLAZA, LP, AS SUCCESSOR IN INTEREST TO MESA VERDE DRIVE PLAZA, A CALIFORNIA GENERAL PARTNERSHIP, then had 60 days to answer or otherwise respond to the Complaint. This time period expired on November 27, 2012.

7. To date, defendant MESA VERDE PLAZA, LP, AS SUCCESSOR IN INTEREST TO MESA VERDE DRIVE PLAZA, A CALIFORNIA GENERAL PARTNERSHIP, has failed to appear, answer or otherwise respond to the Complaint as prescribed by the Federal Rules of Civil Procedure.


I declare, in the State of California, under penalty of perjury, that the foregoing is true and correct.

Date: 12/10/2012

_____
DANIEL LAYTON
Assistant United States Attorney

5

# EXHIBIT A

ANDRE BIROTTE, JR., U.S. Attorney
Sandra R. Brown, AUSA, Chief, Tax Div.
Daniel Layton, AUSA (SBN 240763)
300 N Los Angeles St, Ste 7211, Los Angeles CA 90012
T213.894.6165 F213.894.0115 daniel.layton@usdoj.gov
Attorneys for Plaintiff United States of America

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SACV12-930-DOC (MLGx) |
| v. NAGESH SHETTY, et al., | NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT (For use with State Service only) |
| DEFENDANT(S). | |

To: MESA VERDE PLAZA, LP, as successor in interest to Mesa Verde Drive Plaza, a California General Partnership

The summons and complaint served herewith are being served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Section 415.30 of the California Code of Civil Procedure.

You may complete the acknowledgment part of this form and return the completed form to the sender within twenty (20) days.

If you are served on behalf of a corporation, unincorporated association including a partnership, or other entity, you must indicate under your signature your relationship to that entity and your authorization to receive process for that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate your authority under your signature.

IF YOU DO NOT complete and return the form to the sender within twenty (20) days, you (or the party on whose behalf you are being served), may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

IF YOU DO complete and return this form, you (or the party on whose behalf you are being served), must answer the complaint within the time provided in Rule 12 of the Federal Rules of Civil Procedure or judgment by default may be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on __9/28/12__ .

_____
Signature of Sender

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT
*(To be completed by recipient)*

I declare under penalty of perjury, that I received a copy of the summons and complaint in the above-captioned matter at

1809 HUMMINGBIRD DR., COSTA MESA, CA 92626 on SEPT. 28TH, 2012

_____   _____
Address                         Date

_____
Signature

_____
Relationship to Entity/Authority to Receive Service of Process

CV-21 (02/04)            NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

# EXHIBIT B

1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | SANDRA R. BROWN
3 | Assistant United States Attorney
Chief, Tax Division
4 | DANIEL LAYTON (SBN 240763)
5 | Assistant United States Attorney
6 |  Room 7211, Federal Building
 300 North Los Angeles Street
7 | Los Angeles, CA  90012
8 | Telephone:  (213) 894-6165
9 | Facsimile:  (213) 894-0115

10 | Attorneys for the United States of America

11

12 | UNITED STATES DISTRICT COURT

13 | CENTRAL DISTRICT OF CALIFORNIA

14 | SOUTHERN DIVISION

15 | UNITED STATES OF AMERICA,          ) Case No. SACV12-0930-DOC (MLGx)

16 |         Plaintiff,                )
                                       )
17 |    vs.                            ) ORDER TO SUBSTITUTE MESA
                                       ) VERDE PLAZA, LP, AS
18 | NAGESH SHETTY, et al.,            ) SUCCESSOR IN INTEREST TO
                                       ) MESA VERDE DRIVE PLAZA, A
19 |         Defendants.               ) CALIFORNIA GENERAL
                                       ) PARTNERSHIP,  AS A PARTY FOR
20 |                                   ) DEFENDANT MESA VERDE DRIVE
                                       ) PLAZA, A CALIFORNIA GENERAL
21 | _____ ) PARTNERSHIP

22

23 |        Based upon the application of the United States of America, and for good

24 | cause appearing therefore:

25 |        **IT IS ORDERED** that Mesa Verde Plaza, LP, as successor in interest to

26 | Mesa Verde Drive Plaza, a California General Partnership, is substituted as a party

27 | for defendant Mesa Verde Drive Plaza, a California General Partnership.  Plaintiff

28 | is ordered to promptly serve defendant Mesa Verde Plaza, LP, as successor in

1

1 | interest to Mesa Verde Drive Plaza, a California General Partnership, with this

2 | order by certified mail.  Defendant will have 30 days from the date of plaintiff's

3 | service of this order to prepare and serve its response to the Complaint.

4 | **IT IS SO ORDERED.**

5

6

7 | DATED: October 5, 2012

8 | HON. DAVID O. CARTER
United States District Judge

9

10

11

12 | Respectfully submitted,

ANDRÉ BIROTTE JR., United States Attorney
13 | SANDRA R. BROWN, Assistant U.S. Attorney
Chief, Tax Division
14

15 | DANIEL LAYTON
16 | Assistant United States Attorney
Attorneys for the United States of America
17

18

19

20

21

22

23

24

25

26

27

28

2

**PROOF OF SERVICE BY MAILING**

1

2          I am over the age of 18 and not a party to the within action.  I am employed

3  by the Office of the United States Attorney, Central District of California.  My

4  business address is 300 North Los Angeles Street, Suite 7211, Los Angeles,

5  California 90012.

6          On **December 11, 2012**, I served

7

8  Request for Clerk's Entry of Default Against Defendant Mesa Verde Plaza, LP, as

9  Successor in Interest to mesa Verde Drive Plaza, a California General Partnership

10

11  on the person and entity name below by enclosing a copy in an envelope addressed

12  as shown below and placing the envelope for collection and mailing on the date

13  and at the place shown below following our ordinary office practices.  I am readily

14  familiar with the practice of this office for collection and processing

15  correspondence for mailing.  On the same day that correspondence is placed for

16  collection and mailing, it is deposited in the ordinary course of business with the

17  United States Postal Service in a sealed envelope with postage fully prepaid.

18                          SEE ATTACHED.

19          Date of mailing:  **December 11, 2012.**

20          Place of mailing: Los Angeles, California

21          I declare under penalty of perjury under the laws of the United States of

22  America that the foregoing if true and correct.

23          I declare that I am employed in the office of a member of the bar of this

24  court at whose direction the service was made.

25          Executed on: **December 11, 2012,** Los Angeles, California.

26

27

28                          **MARIA LUISA Q. BULLARD**

USA V. NAGESH SHETTY
SA CV 12-930 DOC(MLGx)


SERVICE LIST:

Mesa Verde Plaza, LP as Successor in Interest to
Mesa Verde Drive Plaza
a California General Partnership
C/O Mark Les, General Partner
1525 Mesa Verde Dr. E.
Suite 209
Costa Mesa, CA 92626

N. Kelly Hoang
Attorney for Nagesh and Anita Shetty
600 Anton Blvd., 11th Floor
Costa Mesa, CA 92626

Marla K Markman
CAAG - Office of Attorney General of California
Attorneys for the State of California, Franchise Tax Board
300 S. Spring St, Ste 1702
Los Angeles, CA 90013-1230

Mark Batarse
Office of Orange County Counsel
Attorneys for Orange County Treasurer-Tax Collector
P.O. Box 1379
Santa Ana, CA 92702

Jennifer J. Maas, Attorney at Law
WOLFE & WYMAN LLP
Attorneys for CitiMortgage, Inc.
2301 Dupont Drive, Suite 300 • Irvine, CA 92612

Sara Firoozeh
**H O U S E R**
& ALLISON, APC
Attorneys for U.S. Bank
9970 Research Drive
Irvine, CA 92618

David M. Dudley
3415 S. Sepulveda Blvd., Ste. 320
Los Angeles, CA