# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SACV12-930 DOC(MLGx) |
| v. | |
| NAGESH SHETTY, ET AL | **DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |
| DEFENDANT(S). | |

    It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

    Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

MESA VERDE PLAZA, LP, AS SUCCESSOR

IN INTEREST TO MESA VERDE DRIVE

PLAZA, A CALIFORNIA GENERAL

PARTNERSHIP

Clerk, U. S. District Court

| December 21, 2012 | By | R. La Chapelle |
|---|---|---|
| Date | | Deputy Clerk |

CV-37 (10/01)                     **DEFAULT BY CLERK F.R.Civ.P. 55(a)**