```
1    N. KELLY HOANG LAW FIRM
     N. KELLY HOANG, ESQ. (CA Bar No. 195816)
2    Plaza Tower
     600 Anton Blvd., 11th Floor
3    Costa Mesa, CA 92626
     Telephone: (714) 545-1016
4    Facsimile: (714) 545-5048
     Email:  kellyhoanglaw@sbcglobal.net
5
     Attorney for Defendants
6    NAGESH and ANITA SHETTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>Nagesh Shetty, et al.,<br><br>            Defendants. | No.  SACV 12-930 DOC (MLGx)<br><br>**ORDER ON SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INTIAL COMPLAINT BETWEEN PLAINTIFF UNITED STATES OF AMERICA AND DEFENDANTS NAGESH AND ANITA SHETTY**<br><br>**Current Response Date:** 12/14/12<br>**New Response Date:** 01/22/13 |

     Based upon the Second Stipulation to Extend Time to Respond to Initial Complaint between plaintiff United States of America and defendants Nagesh and Anita Shetty, and for good cause shown, IT IS HEREBY ORDERED THAT:

     1.   Defendants Nagesh and Anita Shetty currently have up to and including December 14, 2012, to answer the Complaint (1) To Reduce Federal Tax Assessments to Judgment; (2) For a Determination that Real Property is Titled to Richard D'Souza as Nominee or in Resulting Trust for the Benefit of Nagesh Shetty and Anita Shetty; (3) To Set Aside Fraudulent Transfer of Real Property from Nagesh Shetty and Anita Shetty to Richard D'Souza; and (4) To Foreclose Federal Tax Liens on Real Properties (the

-1-

1  "Complaint") filed by plaintiff United States of America on or
2  about June 11, 2012 (the "Complaint").
3      2.   Defendants Nagesh and Anita Shetty shall have
4  additional time to answer the Complaint up to and including
5  January 22, 2013.
6      **IT IS SO ORDERED.**

9  DATED: January 2, 2013              *David O. Carter*
                                        _____
10                                       HON. DAVID O. CARTER
                                         United States District Court Judge

12  Respectfully Submitted,

15  _____
16  N. Kelly Hoang, Esq.
    Attorney for Defendants
17  Nagesh and Anita Shetty