NICHOLAS S. CHRISOS, COUNTY COUNSEL
and MARK BATARSE, DEPUTY – State Bar No. 260945
333 W. Santa Ana Blvd., Suite 407
Post Office Box 1379
Santa Ana, California 92702-1379
Telephone:   714/834-7018
Facsimile:    714/834-2359
Email: mark.batarse@coco.ocgov.com

Attorneys for Creditor, Orange County Treasurer-Tax Collector

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NAGESH SHETTY, as an individual and as trustee of the Shetty Family Trust; ANITA SHETTY as an individual and as trustee of the Shetty Family Trust; RICHARD D'SOUZA, a.k.a. RICHARD D'SOUSA or RICHARD DE SOUZA; MARIE SHETTY as successor to the estate of SUBBAYYA SHETTY; MAHABALA SHETTY; OCWEN FINANCIAL CORPORATION; DAVID M. DUDLEY; MESA VERDE DRIVE PLAZA, a California General Partnership; STATE OF CALIFORNIA, through its agency THE FRANCHISE TAX BOARD; ORANGE COUNTY TREASURER-TAX COLLECTOR; UNITED MERCHANTS ASSOCIATION, a California Corporation; MIDFIRST BANK; NCO PORTFOLIO MANAGEMENT; CITIMORTGAGE, INC.; and CAPITAL ONE,<br><br>    Defendants. | Case No. SACV12-930 DOC (MLGx)<br><br>**DEFENDANT ORANGE COUNTY TREASURER-TAX COLLECTOR'S INITIAL DISCLOSURES**<br><br>Action Filed: June 11, 2012 |

//

//

//

# ORANGE COUNTY TREASURER-TAX COLLECTOR'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 26(a)(1).

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant, Orange County Treasurer-Tax Collector ("County") hereby discloses the following:

## I. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

County believes that the following persons are likely to have discoverable information that County may use to support its claims or defenses:

1. Jennifer Burkhart
   Office of the Orange County Tax Collector
   12 Civic Center Plaza
   P.O. Box 1438
   Santa Ana, CA 92702
   (714) 834-3411

Ms. Burkhart is the Assistant Treasurer-Tax Collector. This individual can provide information and documentation as to the tax liability related to the subject properties and can verify the authenticity of County's records.

2. Renee Ramirez
   Office of the Orange County Clerk Recorder
   12 Civic Center Plaza
   Santa Ana, CA 92701
   (714) 834-2500

Ms. Ramirez is the Assistant Clerk-Recorder and the designated Custodian of Records for the Orange County Clerk-Recorder's office. She can provide information and documentation as to recorded documents relating to real property, including the properties that are the subject of this proceeding.

//
//
//

## II. A COPY—OR A DESCRIPTION BY CATEGORY AND LOCATION—OF ALL DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND TANGIBLE THINGS

The County maintains an electronic data base known as the Assessment Tax System or ATS that includes, among other things, information about the taxes assessed, payment of taxes including the payor, the amount paid, the date paid, and the property relating to the payment as well as copies of all tax bills and the assessment information used to generate tax bills.

The Orange County Clerk-Recorder maintains an electronic data base containing copies of recorded property documents since 1982.

County reserves the right to supplement the documents as more information becomes available through the discovery process. County does not waive the right to object to discovery requests to which any document or category of documents may be responsive. County also reserves the right to object to the production or admissibility of particular documents on the basis of attorney-client privilege, work product privilege, relevance, or any other ground permitted under Federal Rule of Civil Procedure 26 or the local rules.

## III. A COMPUTATION OF EACH CATEGORY OF DAMAGES CLAIMED BY THE DISCLOSING PARTY:

The remaining ad valorem property tax liability for fiscal year 2012-1013 consists of $5,714.16 as of January 29, 2013. Pursuant to California Revenue and Taxation Code Section 2192, an additional ad valorem property tax lien, in an amount yet to be determined, has attached to the subject properties for the fiscal year 2013-2014 as of January 1, 2013. Lien priority is determined pursuant to Section 2192.1. The unsecured property tax consists of $732.16 as of October 31, 2012.

//
//
//
//

## IV. ANY INSURANCE AGREEMENT UNDER WHICH AN INSURANCE BUSINESS MAY BE LIABLE TO SATISFY ALL OR PART OF A POSSIBLE JUDGMENT IN THE ACTION OR TO INDEMNIFY OR REIMBURSE FOR PAYMENTS MADE TO SATISFY THE JUDGMENT:

Not applicable.

DATED: January 29, 2013      Respectfully Submitted,

NICHOLAS S. CHRISOS, COUNTY COUNSEL
and MARK BATARSE, DEPUTY


By      /s/ Mark Batarse
        Mark Batarse, Deputy

Attorneys for Defendant Orange County Treasurer-Tax Collector

# CERTIFICATE OF SERVICE

I do hereby declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Suite 407, Santa Ana, California 92702-1379. I am not a party to the within action.

I hereby certify that I caused the foregoing **DEFENDANT ORANGE COUNTY TREASURER-TAX COLLECTOR'S INITIAL DISCLOSURES** to be served on January 29, 2013, upon all counsel of record listed below by electronic filing utilizing the U.S.D.C.'s CM/ECF:

Attorneys for Plaintiff:

US Attorney's Office, Tax Division
Daniel Layton, Esq.
300 North Los Angeles Street
Room 7211
Los Angeles, CA 90012
213-894-6165
213-894-0115 (fax)
Daniel.Layton@usdoj.gov
*Petitioner*

Office of Attorney General of California
Marla Markman, Esq.
300 S Spring St., Ste. 1702
Los Angeles, CA 90013-1230
213-897-2491
marla.markman@doj.ca.gov
*Representing State of CA, Franchise Tax Board*

Nguyen-Hong Kelly Hoang
N Kelly Hoang Law Offices
600 Anton Boulevard 11th Floor
Costa Mesa, CA 92626
714-545-1016
Fax: 714-545-5048
Email: kellyhoanglaw@sbcglobal.net
*Representing Nagesh and Anita Shetty*

//
//

Boyd Denfeld Hudson
Adams Hawekotte & Hudson
201 S Lake Ave
Ste 606
Pasadena, CA 91101-3081
*Representing Richard D'Souza / Richard DeSouza*

Jennifer J Maas
Wolfe and Wyman LLP
2301 Dupont Drive Suite 300
Irvine, CA 92612-7531
949-475-9200
Fax: 949-475-9203
Email: jjmaas@wolfewyman.com
*Representing CitiMortgage, Inc.*

Sara Firoozeh
Houser and Allison APc
9970 Research Drive
Irvine, CA 92691
949-679-1111
Fax: 949-679-1112
Email: SFiroozeh@houser-law.com
*Representing U.S. Bank*

David Dudley
3415 S. Sepulveda Blvd., Suite 320
Los Angeles, CA 90034

   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

   Executed in Santa Ana, California this 29th day of January, 2013.

*[signature]*
Kayla Martin